# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In re   Evans Oil Company LLC ,
            Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

See Attached Schedule

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    January 28, 2011

Signature    /s/ Randy M. Long

RANDY M. LONG,
Manager

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In re  Evans Oil Company LLC            ,
             Debtor

Case No. _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chevron Products Company<br>6001 Bollinger Canyon Rd.<br>San Ramon, CA 94583 | 877-243-8457 | Fuel | | 2,450,814.20 |
| TransMontaigne<br>PO Box 5660<br>Denver, CO 80217-5660 | 303-626-8200 | Fuel | | 1,834,252.99 |
| World Fuel Services<br>9800 N.W. 41st Street, Suite 400<br>Miami, FL 33178 | 281-556-2518 | Fuel | | 125,355.12 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chevron Petroleum Marketers<br>1444 N. Farnsworth Ave. #201<br>Aurora, IL 60505 | 630-375-5877 | Oil Purchases Clearing | | 103,599.59 |
| Valvoline<br>PO Box 101489<br>Atlanta, GA 30392 | 800-331-2215 | Oil Purchase | | 85,516.89 |
| Total Lubricants<br>400 Chisholm Place Suite 418<br>Plano, TX 75075 | 800-442-5823 | Oil Purchasing Clearing | | 77,434.73 |
| American Express<br>PO Box 360001<br>Ft. Lauderdale, FL 33336-0001 | 800-472-9297 | Open Account | | 59,449.77 |
| JMP Solutions, Inc.<br>12065 Metro Parkway<br>Ft. Myers, FL 33966 | 239-768-3535 | Trade | | 46,317.14 |
| Valero<br>PO Box 696000<br>San Antonio, TX 78269 | 877-825-7225 | Fuel | | 29,273.86 |
| United of Omaha Life Ins.<br>Premium Services<br>PO Box 2749<br>Omaha, NE 68103 | | Insurance | | 16,460.00 |
| FCCI Insurance Co.<br>P.O. Box 405563<br>Atlanta, GA 30384-5563 | 239-542-7101 | Insurance | | 11,968.61 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Atlantic Coastal Fuels, Inc. 19302 NW 24TH Place Hollywood, FL 33029 | 954-438-3835 | Fuel | | 11,711.16 |
| Federated Insurance P.O. Box 328 Owatonna, MN 55060 | 507-455-5200 | Life Insurance | | 9,671.70 |
| Port Consolidated PO Box 350430 Ft. Lauderdale, FL 33335-0430 | 800-683-5823 | Fuel Expense | | 8,561.89 |
| Tropic Oil Co. 10002 N.W. 89th Avenue Miami, FL 33178-1409 | 866-645-3835 | Oil | | 8,067.10 |
| Bluecross Blueshield of Fla. PO Box 105358 Atlanta, GA 30348.-5358 | | Insurance | | 7,016.00 |
| Prudential PO Box 856138 Louisville, KY 40285 | 800-782-5356 | Insurance | | 5,587.53 |
| Neiert Consulting Group PO Box 112081 Naples, FL 34108 | 239-248-1912 | Professional Services | | 5,506.34 |
| Palm Peterbilt 2441 S. State Rd. 7 Ft. Lauderdale, FL 33317-6999 | 954-584-3200 | Trade | | 3,638.63 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Coleman, Hazzard & Taylor 2640 Goldengate Pkwy. Naples, FL 34105 | 239-298-5200 | Professional Services | | 3,333.10 |