**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 11-01515
EVANS OIL COMPANY LLC, :
: Judge David H. Adams
        Debtor. :
:
---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 11-01519
KCWL, LLC, :
: Judge David H. Adams
        Debtor. :
:
---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 11-01520
LONG EQUIPMENT FINANCE, LLC, :
: Judge David H. Adams
        Debtor. :
:
---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 11-01521
LONG PETROLEUM PRODUCTS LLC, :
: Judge David H. Adams
        Debtor. :
:
---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 11-01522
LONG RUN, LLC, :
: Judge David H. Adams
        Debtor. :
:
---------------------------------------------------------- x

| | : | Chapter 11 |
| --- | --- | --- |
| In re: | : | |
| | : | Case No. 11-01523 |
| OCTANE, LLC., | : | |
| | : | Judge David H. Adams |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------- x | | |
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 11-01524 |
| RML, LLC, | : | |
| | : | Judge David H. Adams |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------- x | | |

**INTERIM ORDER EXTENDING THE AUTOMATIC STAY
TO RANDY M. LONG**

THIS CASE came on for consideration of the *Emergency Motion of Debtors and Debtors-in-Possession to Extend the Automatic Stay to Randy M. Long* (the "Stay Motion")[1] [Docket No.: 17] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). In the Stay Motion, Debtors seek to extend the automatic stay to Randy M. Long, the Debtors' principal. Having considered the Stay Motion, presentations at the January 31, 2011 hearing, and having considered the other motions and pleadings of record, and good and sufficient cause appearing therefor;

THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW[2]:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stay Motion.

[2] To the extent any of the findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the conclusions of law constitute findings of fact, they are adopted as such.

**Findings of Fact**

1. On January 30, 2011 (the "Petition Date"), Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Debtors are operating their businesses as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. Consideration of the Stay Motion constitutes a "core proceeding" as defined in 28 U.S.C. §§ 157(b)(2)(G). This Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Notice of the Stay Motion was proper under the circumstances.

4. Long Equipment, Octane and RML each is owned by Randy M. Long as its sole member. Evans, Long Petroleum and Long Run each is owned by The Randy M. Long Revocable Trust U/A Dated January 3, 2000 as its sole member. KCWL is owned by The Randy M. Long Irrevocable Trust Dated April 9, 2009 as the sole member.

5. Randy M. Long is the manager of each of the Debtors.

6. Fifth Third Bank asserts Randy M. Long has guaranteed Debtors' obligations to Fifth Third Bank, N.A. ("Fifth Thrid"). Fifth Third also asserts that it is owed in excess of $35,000,000, and that Mr. Randy M. Long is obligated to it for such amounts.

**Conclusions of Law**

7. Section 362 of the Bankruptcy Code operates as a stay against the commencement or continuation of any action against the debtor or property of the debtor in an effort to enforce or collect pre-petition claims. While broad, the automatic stay is

not unlimited, and as a general rule it does not extend to non-debtor parties who may be subject to litigation involving the debtor.

8. Cause for extending the automatic stay to Mr. Randy M. Long exists "where the pending litigation, though not brought against the debtor, would cause the debtor, the bankruptcy estate, or the reorganization plan 'irreparable harm.'" *Fernstrom Storage & Van Co. of Va.*, 938 F.2d at 736 (quoting *Lomas Fin. Corp. v. N. Trust Co. (In re Lomas Fin. Corp.)*, 117 B.R. 64, 67 (S.D.N.Y. 1990)).

9. Litigation or a judgment by Fifth Third or other holders of guaranties against Randy M. Long would cause irreparable harm to Debtors, Debtors' estates, Debtors' customers and their operations and businesses.

10. Debtors are operating their business.

11. Debtors intend to confirm a chapter 11 plan and at this early stage of the proceedings face no impediments to confirming a plan.

12. In essence, litigation or a judgment against Randy M. Long would make reorganization by the Debtors unlikely, and certainly more difficult if not impossible.

13. If reorganization becomes impossible, Debtors will be forced to liquidate. In a liquidation, Debtors may not be able to pay their secured creditors in full and the unsecured creditors would receive nothing.

14. Critical county services would suffer needless disruption and over fifty (50) Florida residents employed by Debtors would lose their jobs, and Debtors' estates would receive nothing as a result of such a forced liquidation.

15. The Court therefore must conclude that collection actions against Mr. Randy M. Long would cause irreparable harm to the Debtors' reorganization.

16. Based upon the foregoing, the Court is satisfied that Debtors have met the requirements to extend the automatic stay as to Randy M. Long.

17. Additionally, the equities of the case support extending the automatic stay to Mr. Randy M. Long. The balance of the harms weighs heavily in favor of extending the automatic stay.

18. The Court hereby orders that the Stay Motion is granted in its entirety and the automatic stay is extended to Mr. Randy M. Long.

19. A further hearing to consider the Motion is scheduled for the __3__ day of __February__, 2011, at __10:30__ o'clock __A__. M., prevailing Eastern Time. Any objections to the Motion must be filed with the Bankruptcy Court and served upon counsel for the Debtors on or before the 2nd day of __February__, 2011.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida, on __January 31, 2011__.

*/s/ David H. Adams*

_____
David H. Adams
United States Bankruptcy Judge

Copies to:

Debtors, Debtors' Attorney, United States Trustee
Alan J. Statman, Esq., Statman, Harris, & Eyrich LLC, 441 Vine Street, Ste. 3700, Cincinnati, OH 45202
Local Rule 1007(d) Parties in Interest List (Equity Security Holders / Top 20)
United States Treasury, Internal Revenue Service, Cincinnati, OH 45999-0039
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
Office of the Attorney General, State of Florida, the Capitol PL-01, Tallahassee, FL 32399-1050
All Points (Capital One Equipment Leasing), 275 Broadhollow Road, Melville, NY 11747
Ally, PO Box 9001948, Louisville, KY 40290-1948
Alter Moneta Corporation, 50 Lakefront Blvd., Ste 208, Buffalo, NY 14202
BB&T of Florida Business Loan Center, PO Box 580050, Charlotte, NC 28258-0050
BMW Bank of North America, PO Box 78066, Phoenix, AZ 85062-8066
Branch Banking and Trust Company, 8840 Tamiami Trail North, Naples, FL 34108
CitiCapital Commercial Corporation, 3950 Regent Blvd., Irving, TX 75063
Fifth Third Bank, 1000 Town Center #1400, Southfield, MI 48075
Fifth Third Bank, 999 Vanderbilt Beach Road 1MOC2A, Naples, FL 34108
Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263-0778\
Ford Motor Credit, PO Box 790119, St. Louis, MO 63179-0119
General Electric Capital Corporation, PO Box 140849, Irving, TX 75014
GE Transportation Finance, PO Box 822108, Philadelphia, PA 19182-2108
Land Rover Capital Group, PO Box 78069, Phoenix, AZ 85062-8069
Long Time Insurance Co. Ltd., 3170 Horseshoe Dr. S., Naples, FL 34104
Mercedes Benz Financial, 6716 Grade lane, Bldg. 9, Suite 910, Louisville, KY 40213
Northern Trust Bank, NA 700 Brickell Avenue, Miami, FL 33131
Northern Trust, NA, 375 Fifth Avenue South, Naples, FL 34102
OFC Capital Corp./Wachovia, 576 Colonial Park Dr., Suite 100, Rosewell, GA 30075
Patriot Capital Corp., PO Box 790448, St. Louis, MO 63179-0448
Seneca Tank, Inc., 5585 N.E. 16th Street, Des Moines, IA 50313
US Bancorp, PO Box 580337, Minneapolis, MN 55458-0337
Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341
Chevron Products Company, 6001 Bollinger Canyon Rd., San Ramon, CA 94583
TransMontaigne, PO Box 5660, Denver, CO 82017-5660
World Fuel Services, 9800 N.W. 41st Street, Suite 400, Miami, FL 33178
Chevron Petroleum Marketers, 1444 N. Farnsworth Ave. #201, Aurora, IL 60505
Valvoline, PO Box 101489, Atlanta, GA 30392
Total Lubricants, 400 Chisholm Place, Suite 418, Plano, TX 75075
Valero, PO Box 696000, San Antonio, TX 78269
Randy M. Long, 2888 Tiburon Blvd. E., Naples, FL 34109