**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

|  |  |
|---|---|
| | Chapter 11 |
| EVANS OIL COMPANY, LLC | Case No. 9-11-bk-1515-DHA |
| KCWL, LLC | Case No. 9-11-bk-1519-DHA |
| LONG EQUIPMENT FINANCE, LLC | Case No. 9-11-bk-1520-DHA |
| LONG PETROLIUM PRODUCTS, LLC | Case No. 9-11-bk-1521-DHA |
| LONG RUN, LLC | Case No. 9-11-bk-1522-DHA |
| OCTANE, LLC | Case No. 9-11-bk-1523-DHA |
| RML, LLC, | Case No. 9-11-bk-1524-DHA |
| | |
| Debtors. | **(Jointly Administered Under** |
| _____/ | **Case No. 9-11-bk-1515-DHA)** |

**GLOBAL NOTES AND STATEMENT OF**
**LIMITATIONS, METHODOLOGY, AND DISCLAIMER**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Evans Oil Company, LLC and its subsidiaries, as debtors and debtors in possession (collectively, the "*Debtors*"), have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*SOFAs*", and collectively with the "*Schedules*," the "*Schedules and Statements*") in the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division (the "*Bankruptcy Court*"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

Randy M. Long, the manager of each of the Debtors, is authorized to sign and has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Long has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtors. Mr. Long has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statements (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and

Statements.[1] In the event that the Schedules and Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the Debtors' financial statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors have made reasonable and good faith efforts to ensure the accuracy and completeness of such financial information, but further research or discovery may identify subsequent information that may necessitate material amendments to the Schedules and Statements. As a result, the Debtors are unable to warrant or represent that the Schedules and Statements are without inadvertent errors, omissions, or inaccuracies and may be amended in the future.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, offsets or defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

1.    **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a)    <u>Allocation of Liabilities</u>. The Debtors allocated liabilities between the prepetition and postpetition periods based on research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend, and supplement the Schedules and Statements as is necessary and appropriate.

b)    <u>Amendments and Supplements</u>.  While the Debtors made reasonable and good faith efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

c)    <u>Bankruptcy Court Orders</u>. Pursuant to various orders entered or to be entered by the Bankruptcy Court (collectively, the "**Pre-petition Payment Orders**"), the Debtors were or will be authorized to pay certain outstanding pre-petition claims,

---

[1]    These Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a "Specific Note" with respect only to specific Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Specific Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

including, without limitation, certain claims of employees for wages, salaries and benefits, certain tax claims, and certain claims of critical fuel and lubricant suppliers. As a result, and as detailed herein, the Debtors have not listed these claims in the Schedules. To the extent such claims are listed on the Schedules and Statements, inadvertently or otherwise, the Debtors do not waive any right to amend the Schedules and Statements and/or subsequently object to such claims on any basis, including that such claims have already been satisfied through payments with respect to the Pre-petition Payment Orders.

d) <u>Claims Description</u>. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute any claim, whether reflected on their respective Schedules and Statements or asserted pursuant to a filed proof of claim, on any grounds, including, without limitation, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated."

e) <u>Classifications</u>. Listing a claim or contract (a) on Schedule D as "secured," (b) on Schedule F as "unsecured," or (c) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

f) <u>Causes of Action</u>. Despite reasonable and good faith efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action. Similarly, in instances where the Debtors are defendants in pending causes of action, nothing in the Global Notes or the Schedules and Statements shall be deemed as an admission or determination with respect to, or a waiver of any defense or objection to, such causes of action, and all of the Debtors' defenses, objection and other rights with respect to such causes of action are hereby preserved.

g) <u>Confidential, Private, and Commercially Sensitive Information</u>. In certain instances, the Debtors may have intentionally altered, revised, redacted or consolidated certain information in the Schedules and Statements due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. In addition, in certain instances, the sensitivity of such information may require its omission from the Schedules and Statements. To the extent possible, the alterations, redactions, consolidations and omissions have been limited to the extent determined by the Debtors to be necessary or appropriate to protect the Debtors or third parties while also providing interested parties with sufficient information in response to the Schedules and Statements.

3811343.1

The Debtors have not included addresses of current and former employees or directors in the Schedules and Statements.

h) <u>Entity Classification Issues</u>. The Debtors have endeavored in good faith to identify the assets owned by each Debtor and the liabilities owed by each Debtor. While the Schedules reflect the results of this effort, several factors may impact the ability of the Debtors precisely to assign assets and liabilities to particular Debtor entities, including but not limited to (a) certain assets may be primarily used by a Debtor other than the entity which holds title to such assets according to the Debtors' books and records; (b) certain liabilities may have been nominally incurred by one Debtor, yet such liabilities may have actually been incurred by, or the invoices related to such liabilities may have been issued to or in the name of, another Debtor; and (c) certain creditors of the Debtors may have treated one or more of the Debtors as a consolidated entity rather than as differentiated entities.

i) <u>Estimates and Assumptions</u>. In preparing the Schedules and Statements, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure and potential values of contingent assets and liabilities on the date the Schedules and Statements were filed and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

j) <u>Excluded Asset and Liabilties</u>. The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements such as goodwill, de minimis deposits, and accrued liabilities including, without limitation, tax accruals and accrued accounts payable. Other immaterial assets and liabilities may also have been excluded. Finally, certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only are not included in the Debtors' Schedules.

k) <u>Executory Contracts and Unexpired Leases</u>. The Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. The Debtors' rejection of executory contracts and unexpired leases will result in the assertion of rejection damages claims; however, the Schedules and Statements do not reflect any rejection damages claims. The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

l) <u>Insiders</u>. For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of directors, officers, or persons in control of the Debtors; and (e) affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence

over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability, or for any other purpose. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider, nor should it be construed as an admission that such party is an insider, all such rights, claims and defenses are expressly reserved.

m) <u>Intercompany Claims</u>. Receivables and payables among the Debtors in these cases (each an "***Intercompany Receivable***" or "***Intercompany Payable***" and, collectively, the "***Intercompany Claims***") are reported on Schedule B(16) or Schedule F as a receivable or payable due to or from the applicable Debtor to or from the other Debtors. Where no balance is listed, the Debtors do not believe, based on information currently available, that the applicable Debtor has any Intercompany Receivables or Intercompany Payables.

n) <u>Litigation</u>. The Debtors have listed on Schedule F all known claimants related to any pending or threatened litigation action as contingent, unliquidated and disputed with unknown amounts. Although claim amounts were not estimated, allowed claims, if any, for these claimants may be substantial.

o) <u>Net Book Value</u>. In certain instances, market valuations are neither maintained by, nor readily available to, the Debtors. In other instances, market valuations are available but they are out-of-date. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect the Debtors' assets at net book values. Market values of these assets may vary, at some times materially, from the net book value of such assets. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

p) <u>Petition Date</u>. Financial information for the Debtors is, unless otherwise noted herein or in the Schedules and Statements, provided as of the Petition Date of January 30, 2011**.**

q) <u>Recharacterization</u>. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate as additional information becomes available.

r) <u>Third-Party Property</u>. In the ordinary course of their business, the Debtors lease equipment from certain third-party lessors for use in the daily operation of their business and otherwise use and hold property owned by third-parties pursuant to contracts and leases with such parties. Such leases or contracts are set forth in Schedule G. The property subject to any such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases or contracts reflected in the Debtors' SOFAs as property or assets of third-parties within the control of the Debtors. Nothing contained in the Schedules and Statements is or shall be construed as an admission or determination as to the legal status of any lease (including, but not limited to, whether any lease is a true lease or a financing arrangement) or contract (including, but not limited to, whether the contract is, in fact, an executory contract), and the Debtors reserve all rights with respect to any such issues.

s) <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

t) <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

2. **<u>Specific Schedules and Statements Disclosures</u>**

a) <u>Schedule A - Real property</u>. The Debtors have listed the value of their real estate at the net book value assigned to such real estate in the Debtors' books. This amount may be materially different from the fair market value of such real estate.

b) <u>Schedule B(23) – Other general intangible assets</u>.  Certain contracts that have recognized book values under GAAP but which are not readily convertible to cash are not reflected on Schedule B(23).  These contracts are included in Schedule G.

c) <u>Schedule D - Creditors Holding Secured Claims</u>.  Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.

The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  In certain instances, a

6

Debtor may be a co-obligor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

The claims listed on Schedule D arose or were incurred on various dates and a determination of each date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, appear to have arisen or to have been incurred prior to the Petition Date.

Real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtors, or inchoate statutory liens rights.

d)  <u>Schedule E - Creditors Holding Unsecured Priority Claims</u>. Pursuant to an order entered by the Bankruptcy Court on February 4, 2011, the Debtors have the authority to pay certain prepetition obligations, including employee wages and other employee benefits in the ordinary course of business (the "***Employee Wage and Benefit Order***"). As a result of the Employee Wage and Benefit Order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll, benefits, and expense reimbursements whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

Pursuant to a separate order entered by the Bankruptcy Court on February 4, 2011, the Debtors have the authority to pay certain prepetition taxes, including but not limited to franchise, excise and property taxes (the "***Tax Order***"). Pursuant to the Tax Order, the Debtors believe that any claims on account of such taxes have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

Out of abundance of caution and in an effort to provide notice to holders of potential priority tax claims, the Debtors have listed holders of potential priority tax claims on Schedule E except to the extent such claims have been or will be satisfied pursuant to the Tax Order. The listing of a taxing authority on a Debtor's Schedule E is not an acknowledgement that such taxing authority holds a valid claim against a particular Debtor or that a particular tax claim is entitled to priority under 11 U.S.C. § 507(a)(8) or otherwise. The Debtors reserve the right to take the position that any claim listed on Schedule E is a secured claim, an unsecured or a subordinated claim.

Further, certain potential or actual priority claims may be subject to audit and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of these claims. Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

e) <u>Schedule F - Creditors Holding Unsecured Claims</u>. Pursuant to an order issued by the Bankruptcy Court on February 4, 2011, the Bankruptcy Court has authorized the Debtors to pay certain additional outstanding prepetition claims of fuel and lubricant suppliers. As a result, these claims are not listed on Schedule F.

Schedule F also contains information regarding threatened or pending litigation or administrative action involving the Debtors. The amounts of these potential claims are listed as "unknown" and marked as contingent, unliquidated, and disputed in the Schedules. The Debtors expressly incorporate by reference into Schedule F all parties to pending and potential litigation, if any, listed in each Debtor's SOFA 4(a) as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F also reflects prepetition amounts owed to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Schedule F does not include additional rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of any agreement entered into by and between the Debtors and their creditors.

The claims of creditors for, among other things, merchandise, goods, services, or taxes are listed on the Debtors' books and records and may not reflect credits or allowances due from such creditor. The Debtors reserve all of their rights respecting such credits and allowances. In addition, the amounts of claims listed on Schedule F may be exclusive of contingent and unliquidated amounts.

Schedule F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

f) <u>Schedule G - Executory contracts and unexpired leases.</u> Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred.

Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts, agreements, and leases listed on Schedule G are hereby reserved and preserved, and, as such, the Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.

The placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any claim listed on Schedule G does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code.

The Debtors may have entered into various other types of agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth in Schedule G.  Moreover, the contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels certificates, letters, or other documents, instruments, and agreements that may not be listed on Schedule G.  Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory or unexpired.

Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.

Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of these agreements or any other agreements on Schedule G does not constitute an admission that any such agreement is an executory contract or unexpired lease.

The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.  Certain executory agreements may not have been memorialized in writing and could be subject to dispute.  Further, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, are not set forth in Schedule G.

3811343.1

The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G. However, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases. Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity on which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease. Additionally, certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.

g) <u>Schedule H - Co-Debtors.</u> Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions or inclusion may have occurred. The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument related to a creditor's claim. The listing of a contract, guarantee or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid or enforceable.

h) <u>SOFA Question 2 – Other Income</u>. From time to time, the Debtors may have de minimis income from sources other than the operation of business that is not provided in response to SOFA Question 2.

i) <u>SOFA Question 3(b) - Payments to Creditors within 90 days</u>. All amounts that remain outstanding to any creditor listed on Statement Question 3 are reflected on Schedules D, E, and F as applicable. Any creditor wishing to verify any outstanding indebtedness should review those schedules.

Certain intercompany transactions are accounted for through transfers of cash to and from appropriate bank accounts in and out of the Debtors' cash management system after certain adjustments are made to intercompany accounts receivable and accounts payable among the Debtor and its Debtor and non-Debtor affiliates. These payments and transactions have not been listed. However, readers of the Schedules and Statements wishing to verify any outstanding Intercompany Payables and Intercompany Receivables should refer to Schedules B16, D or F, as applicable.

The payments listed for Hill, Barth & King LLC were made by Evans Oil Company LLC on behalf of itself and related Debtors KCWL, LLC; Long Equipment Finance, LLC; Long Petroleum Products LLC; Long Run, LLC; Octane, LLC and RML, LLC.

j) <u>SOFA Question 4(a) - Suits and Administrative Proceedings</u>.  The Debtors have made reasonable and good faith efforts to include in their responses to SOFA 4(a) a complete list of all lawsuits and litigation proceedings to which the Debtors were a party within the one (1) year period immediately preceding the Petition Date. To the extent the Debtors become aware that they have omitted any such lawsuits or proceedings, they will amend the SOFAs accordingly.

k) <u>SOFA Question 17 - Environmental Information</u>.  Evans Oil Company LLC has proposed a voluntary cleanup of the subject site which is not yet approved as complete.

l) <u>SOFA Question 23 - Withdrawals from a partnership or distributions by a corporation within one year</u>.  Certain intercompany transactions are accounted for through transfers of cash to and from appropriate bank accounts in and out of the Debtors' cash management system after certain adjustments are made to intercompany accounts receivable and accounts payable among the Debtor and its Debtor and non-Debtor affiliates.  These payments and transactions have not been listed.  However, readers of the Schedules and Statements wishing to verify any outstanding Intercompany Payables and Intercompany Receivables should refer to Schedules B16, D or F, as applicable..

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Evans Oil Company LLC**                                ,    Case No.  __11-01515 (DHA)__

Debtor

Chapter                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,187,035.00 | | |
| B - Personal Property | Yes | 22 | 16,531,468.09 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 36,910,822.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 2,764,112.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 18,718,503.09 | | |
| Total Liabilities | | | | 39,674,935.30 | |

B6A (Official Form 6A) (12/07)

In re __Evans Oil Company LLC__                                     Case No. __11-01515 (DHA)__
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Buildings, Land and Improvements: Multiple Locations** | | - | | |
| **Naples Bay Resort (Slip Nos. A6 and B7) Unit B-07 of THE MARINA CONDOMINIUM AT NAPLES BAY RESORT, a condominium according to the Declaration of Condominium recorded in O.R. Book 4330, Pages 967 through 1013, inclusive, of the Public Records of Collier County, Florida, and the undivided share of the common elements to the Condominium, together with: a license to use "Slip" B-07 in the "Marina", as those terms are defined in the Master Boat Slip License for The Marina at Naples Bay Resort recorded in O.R. Book 4327, Pages 1205 through 1292, inclusive, of the Public Records of Collier County, Florida (the "Master License"). Parcel No. 12226000144** | **Fee simple** | - | **840,000.00** | **714,813.00** |
| **Wet Slip 20 Naples Boat Club Wet Slip Marina, according to and subject to the Declaration of Covenants and Restrictions for Naples Boat Club Wet Slip Marina, recorded in Official Records Book 3151, Pages 122 through 187, Public Records of Collier County Florida** | **Fee simple** | - | **1,166,000.00** | **34,766,058.51** |
| **3170 S. Horseshoe Drive Naples, FL  34104 Lot 27, East Naples Industrial Park, according to the plat thereof recorded in Plat Book 10, Page 114, Public Records of Collier County, Florida. Parcel No. 07040002401** | **Fee simple** | - | **105,882.00** | **34,766,058.51** |
| **Apartment Number 217A, Naples Bath and Tennis Club, Unit C, a condominium as recorded at OR. Book 673, Pages 731 and 783, inclusive, of the current Public Records of Collier County, Florida. Parcel No. 60932800004** | **Fee simple** | - | **75,153.00** | **34,766,058.51** |
| | | Sub-Total > | **2,187,035.00** | (Total of this page) |
| | | Total > | **2,187,035.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Evans Oil Company LLC**                                    Case No.    11-01515 (DHA)
                                                          ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 4,803.01 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank 999 Vanderbilt Beach Road Naples, FL 34108 Operating Account Account No. XXXX-7570** | - | (1,424,389.72) |
| | | | **Branch Banking & Trust 856 Third Avenue South Naples, FL 34102 Operating Account Account No. XXXX-4793** | - | 538,308.80 |
| | | | **Iberia Bank 775 Airport Road North Naples, FL 34104 Operating Account Account No. XXXX-0737** | - | 940.00 |
| | | | **Fifth Third Bank 999 Vanderbilt Beach Road Naples, FL 34108 Payroll Account Account No. XXXX-XXXX** | - | (7,019.56) |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit - Utilities** | - | 875.00 |
| | | | **Security Deposit - Leases** | - | 5,500.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |

Sub-Total >        (880,982.47)
(Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Evans Oil Company LLC**                ,      Case No.   **11-01515 (DHA)**

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **See Attachment B9** | - | **397,020.14** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - Trade** | - | **9,246,903.86** |
| | | **Accounts Receivable - Rebates** | - | **2,166.32** |
| | | **Accounts Receivable - BDF Fund** | - | **8,694.96** |
| | | **Accounts Receivable - Loans to Employees** | - | **37,106.60** |
| | | **Accounts Receivable - Loan to Courtesy Chevron** | - | **34,019.63** |
| | | **Accounts Receivable - Loan to Glades Road Chevron** | - | **9,350.00** |

Sub-Total >      **9,735,261.51**
(Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Evans Oil Company LLC**                                    Case No.    **11-01515 (DHA)**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Accounts Receivable - Loan to Commercial Chevron** | - | **38,676.45** |
| | | **Accounts Receivable - Collier Fuel** | - | **208,062.00** |
| | | **Accounts Receivable - Miscellaneous** | - | **168,028.89** |
| | | **Account Receivables - Long Petroleum Products LLC** | - | **610,418.14** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal Fuel Excise Tax Refunds Due** | - | **61,112.76** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Licenses - Long Term License Agreements** | - | **293,916.48** |
| | | **In the ordinary course of business, the Debtor maintains and utilizes various licenses and permits enabling it to conduct day-to-day operations.** | - | **Unknown** |

Sub-Total >     **1,380,214.72**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Evans Oil Company LLC**                                        , Case No. __11-01515 (DHA)__
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attachment B25** | - | **111,459.97** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attachment B28** | - | **241,579.97** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attachment B29** | - | **3,082,782.89** |
| 30. Inventory. | | **See Attachment B30** | - | **1,901,382.28** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Pre-paid Expenses - Fuel** | - | **200,000.00** |
| | | **Pre-paid Expenses - State Sales Tax** | - | **19,427.90** |
| | | **Pre-paid Expenses - Insurance** | - | **127,652.52** |
| | | **Pre-paid Expenses - Health Insurance** | - | **23,919.76** |
| | | **Pre-paid Expenses - IT Support** | - | **10,935.00** |
| | | **Pre-paid Expenses - Software Service Agreement** | - | **1,968.33** |
| | | **Pre-paid Expenses - Tolls** | - | **1,583.08** |
| | | **Pre-paid Expenses - Warranty** | - | **1,680.43** |

Sub-Total >                **5,724,372.13**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Evans Oil Company LLC**                                    ,    Case No.    **11-01515 (DHA)**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pre-paid Expenses - Professional Fees | - | 285,000.00 |
| | | Pre-paid Expenses - Loan Costs (Fifth Third Bank) | - | 213,955.34 |
| | | Pre-paid Expenses - Loan Costs (Patriot Capital) | - | 4,511.17 |
| | | Pre-paid Expenses - Line of Credit Costs (Fifth Third Bank) | - | 11,412.15 |
| | | Pre-paid Expenses - Loan Costs (Northern Trust) | - | 3,580.89 |
| | | Pre-paid Expenses - Letter of Credit No. 1 Costs | - | 52,785.59 |
| | | Pre-paid Expenses - Letter of Credit No. 2 Costs | - | 1,357.06 |

|  |  |
|---|---|
| Sub-Total > | 572,602.20 |
| (Total of this page) | |
| Total > | 16,531,468.09 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B9**

**(B9) Interests in Insurance Policies**

| NAME OF INSURANCE COMPANY | BENEFIT AMOUNT | SURRENDER OR REFUND VALUE | | |
|---|---|---|---|---|
| | | Loan Amount | Cash Value | Total |
| Federated Life Insurance Policy No. 202384 | $2,000,000.00 | $79,902.12 | $17,899.55 | $97,801.67 |
| Federated Life Insurance Policy No. 204331 | $2,000,000.00 | $80,146.57 | $21,708.13 | $101,854.70 |
| Ohio National Life Policy No. 1530595 | $1,200,000.00 | $90,358.19 | $20,152.58 | $110,510.77 |
| Ohio National Life Policy No. 6710606 | $3,800,000.00 | $0.00 | $0.00 | $0.00 |
| Ohio National Life Policy No. 1538563 | $1,000,000.00 | $65,967.00 | $20,886.00 | $86,853.00 |
| United Of Ohama Policy No. BU1144772 | $10,000,000.00 | $0.00 | $0.00 | $0.00 |
| | $20,000,000.00 | $316,373.88 | $80,646.26 | $397,020.14 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B25**

**(B25) Automobiles, Trucks, Trailers and Other Vehicles**

| Year | Vehicle Make/Model | Location | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|------|--------------------|----------|------------------------------------------------|
| | | | |
| **TRANSPORTATION EQUIPMENT** | | | |
| 1931 | Antique Truck - Ford | Naples, Florida | $0.00 |
| 1979 | Trailer No. 833105 | Naples, Florida | $1,826.96 |
| 1990 | Fruehauf Trailer No.208 | Naples, Florida | $1,273.60 |
| 1991 | Freuhauf Trailer No.209 | Naples, Florida | $0.00 |
| 1997 | Heil Trailer No.206 | Naples, Florida | $0.00 |
| 2002 | Fruehauf Trailer | Naples, Florida | $20,519.29 |
| 2002 | Heil Tractor Trailer No.201 | Naples, Florida | $3,782.00 |
| 2003 | Polar Tank Trailer No.202 | Naples, Florida | $10,004.45 |
| 2003 | Polar Tank Trailer No.203 | Naples, Florida | $12,047.53 |
| | Freuhauf Storage Trailer | Naples, Florida | $5,244.61 |
| | Heil Trailer No.210 | Naples, Florida | $1,435.19 |
| | LBT Trailer No.207 | Naples, Florida | $19,384.14 |
| | Trailers | Naples, Florida | $0.00 |
| | Vehicle Addition (Addition of Tank - Truck No.224) | Naples, Florida | $1,105.64 |
| | Vehicle Addition (Auto Transport Trailer) | Naples, Florida | $7,382.59 |
| | Vehicle Addition (Box on No.403) | Naples, Florida | $496.00 |
| | Vehicle Addition (Equipment on Truck Asset No.224) | Naples, Florida | $3,766.75 |
| | Vehicle Addition (Oil Tank Trailer: Tropic) | Naples, Florida | $1,323.70 |
| | Vehicle Addition (Pump Equipment: 91 Freuhuaf - Asset No.14) | Naples, Florida | $6,673.78 |
| | Vehicle Addition (Pump on Truck No.304) | Naples, Florida | $1,097.63 |
| | Vehicle Addition (Pump on Truck Trailer No.81) | Naples, Florida | $0.00 |
| | Vehicle Addition (Remount of 4300 Tank - Truck No.1) | Naples, Florida | $0.00 |
| | Vehicle Addition (Remount of Tank - Truck No.3) | Naples, Florida | $0.00 |
| | Vehicle Addition (Signage - Trucks - Fine Design Signs) | Naples, Florida | $0.00 |
| | Vehicle Addition (Signage) | Naples, Florida | $2,582.01 |
| | Vehicle Additions To No.105 | Naples, Florida | $4,038.95 |
| | Vehicle Additions To No.310 | Naples, Florida | $4,291.85 |
| | Vehicle Additions To No.403 | Naples, Florida | $3,183.30 |
| | | | $111,459.97 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B28**

**(B28) Office Equipment, Furnishings and Supplies** [1]

| DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Inventory Description | Location | |
| **Computer Equipment** | | |
| (10) Satellite Phones | Naples, FL | $2,574.00 |
| (2) Dell PC's | Naples, FL | $1,047.00 |
| (2) Monitors | Naples, FL | $412.00 |
| (5) Satellite Phones | Naples, FL | $1,368.00 |
| 19 Inch Acer Monitor | Naples, FL | $7.00 |
| Adac Security System | Naples, FL | $3,645.00 |
| Biometric Timeclocks | Naples, FL | $2,229.00 |
| Card Lock Setup | Naples, FL | $160.00 |
| Computer - Fleet | Naples, FL | $31.00 |
| Computer - Laptop | Naples, FL | $736.00 |
| Computer Monitor | Naples, FL | $38.00 |
| Dell Optiplex Gx620 | Naples, FL | $48.00 |
| Dell Workstation | Naples, FL | $163.00 |
| Desktop PC | Naples, FL | $805.00 |
| Desktop PC | Naples, FL | $714.00 |
| Desktop PC | Naples, FL | $714.00 |
| Desktop PC | Naples, FL | $716.00 |
| DM2 Server | Naples, FL | $6,814.00 |
| DM2 Software | Naples, FL | $23,609.00 |
| DM2 Software Upgrade | Naples, FL | $833.00 |
| DM2 Software Upgrades | Naples, FL | $2,660.00 |
| DM2 Upgrades | Naples, FL | $2,073.00 |
| Dot Matrix Printers | Naples, FL | $14.00 |
| Dual Xeon Server | Naples, FL | $4,645.00 |
| Fax Modems - Seminoles | Naples, FL | $660.00 |
| Fax Scanner | Naples, FL | $247.00 |
| Firewall Upgrades | Naples, FL | $605.00 |
| Firewall Upgrades | Naples, FL | $1,062.00 |
| Gasboy Card Encoder | Naples, FL | $779.00 |
| Gasboy Reader Unit | Naples, FL | $117.00 |
| GPS Additions | Naples, FL | $1,152.00 |
| GPS Additions | Naples, FL | $1,578.00 |
| Gps Tracking System | Naples, FL | $6,433.00 |
| HP Printer | Naples, FL | $334.00 |
| Internet Switch - Barracuda | Naples, FL | $1,397.00 |
| Laptop | Naples, FL | $410.00 |
| Laptop | Naples, FL | $436.00 |
| Laptop | Naples, FL | $653.00 |
| LCD Flat Panel-Fleet Office | Naples, FL | $1,029.00 |
| Network Cables | Naples, FL | $1,345.00 |
| Network Cabling | Naples, FL | $649.00 |
| Network Cabling - Office Expansion | Naples, FL | $1,532.00 |
| PC's | Naples, FL | $1,674.00 |

## Evans Oil Company LLC
## SCHEDULES OF ASSETS AND LIABILITIES
## ATTACHMENT B28

### (B28) Office Equipment, Furnishings and Supplies [1]

| DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Inventory Description** | **Location** | |
| Plant Security Upgrades | Naples, FL | $8,624.00 |
| Printer | Naples, FL | $141.00 |
| Satellite Phones | Naples, FL | $1,518.00 |
| Security Cameras | Naples, FL | $920.00 |
| Security System - Exchange | Naples, FL | $5,137.00 |
| Security System Upgrades | Naples, FL | $2,146.00 |
| Security System Upgrades | Naples, FL | $5,651.00 |
| Security System Upgrades | Naples, FL | $5,904.00 |
| Security System Upgrades | Naples, FL | $10,858.00 |
| Security Upgrades | Naples, FL | $423.00 |
| Security Upgrades | Naples, FL | $686.00 |
| Server Upgrades | Naples, FL | $1,282.00 |
| Server Upgrades | Naples, FL | $2,796.00 |
| Server Upgrades | Naples, FL | $3,315.00 |
| Smart UPS 1000 - Server | Naples, FL | $60.00 |
| Software Upgrades - 07 & 10 | Naples, FL | $1,840.00 |
| Telephones | Naples, FL | $284.00 |
| Terminal Server Replacement | Naples, FL | $3,321.00 |
| Timeclocks | Naples, FL | $2,053.00 |
| Tls Tank Monitor Software | Naples, FL | $1,056.00 |
| Upgraded Dvr's - Security | Naples, FL | $2,593.00 |
| UPS - Server | Naples, FL | $226.00 |
| UPS Upgrades | Naples, FL | $547.00 |
| Veeder Root Upgrade - Tls 450 | Naples, FL | $602.00 |
| Virtual B/U Device | Naples, FL | $2,028.00 |
| Warehouse Firewall | Naples, FL | $374.00 |
| Workstations | Naples, FL | $10,146.00 |
| Workstations - Expansion | Naples, FL | $629.00 |
| | | $153,307.00 |
| **Furniture & Fixtures** | | |
| Artwork | Naples, FL | $361.00 |
| Chairs | Naples, FL | $381.19 |
| Chairs | Naples, FL | $484.22 |
| Chairs | Naples, FL | $998.00 |
| Chairs - Dispatch | Naples, FL | $1,753.76 |
| File Cabinets | Naples, FL | $1,005.98 |
| Filing Cabinet - Shop | Naples, FL | $292.43 |
| Furniture - Expansion | Naples, FL | $9,806.00 |
| Furniture - Office Image | Naples, FL | $20,166.57 |
| Furniture & Artwork- Expansion | Naples, FL | $14,931.00 |
| New Chairs | Naples, FL | $986.29 |
| Office Upgrades | Naples, FL | $6,031.00 |
| Shelving - Whse Office | Naples, FL | $2,801.00 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B28**

**(B28) Office Equipment, Furnishings and Supplies [1]**

| DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Inventory Description** | **Location** | |
| Shop Cabinents | Naples, FL | $1,016.32 |
| Shop Cabinet | Naples, FL | $569.17 |
| Shop Furniture | Naples, FL | $429.26 |
| Signs | Naples, FL | $491.97 |
| Signs | Naples, FL | $3,499.82 |
| | | $66,004.97 |
| | | |
| **Office Equipment** | | |
| Blackberries - Sales | Naples, FL | $830.00 |
| BOSE Sound System | Naples, FL | $132.00 |
| Cannon 3 In 1 Copier | Naples, FL | $247.00 |
| Cannon Fax | Naples, FL | $155.00 |
| Cannon Fax - Warehouse | Naples, FL | $204.00 |
| Cell Phone | Naples, FL | $410.00 |
| Cell Phones | Naples, FL | $127.00 |
| Cell Phones | Naples, FL | $344.00 |
| Cell Phones | Naples, FL | $491.00 |
| Cell Phones | Naples, FL | $619.00 |
| Cell Phones | Naples, FL | $816.00 |
| Cell Phones | Naples, FL | $1,298.00 |
| Cell Phones | Naples, FL | $2,007.00 |
| Cell Phones | Naples, FL | $2,405.00 |
| Check Scanner | Naples, FL | $759.00 |
| Fax Machines | Naples, FL | $561.00 |
| Nextel Cellphones | Naples, FL | $767.00 |
| Nortel Phone | Naples, FL | $109.00 |
| Office Equipment - Exchange | Naples, FL | $54.00 |
| Refrigerator | Naples, FL | $35.00 |
| Safe | Naples, FL | $2,922.00 |
| Telephone System | Naples, FL | $6,976.00 |
| | | $22,268.00 |
| | | |
| | | $241,579.97 |

[1]Debtor may have some nominal assets that have fully depreciated and are not reflected on the Schedule.

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Description** | **Date in Service** | **Location** | |
| **MACHINERY & EQUIPMENT** | | | |
| (1) 15266 Gallon Fuel Tank | 04/13/01 | Naples, Florida | $1,360.00 |
| (2) 576 Gallon Tanks | 04/13/01 | Naples, Florida | $100.00 |
| (2) Bombardier GTI-SE | 12/11/06 | Naples, Florida | $18,474.89 |
| (2) Tanks - United Rentals | 11/01/06 | Naples, Florida | $973.71 |
| (2) Tanks at Horseshoe | 12/26/03 | Naples, Florida | $22,860.48 |
| (3) 20217 Gallon Fuel Tanks | 04/13/01 | Naples, Florida | $5,400.00 |
| (3) 6000 Gallon Fuel Tanks | 04/13/01 | Naples, Florida | $1,602.00 |
| (4) Tanks - Bulk Plant | 11/28/02 | Naples, Florida | $11,630.87 |
| (5) 3000 Gallon Tanks | 04/13/01 | Naples, Florida | $1,334.00 |
| (6) 10K Gal Tanks at Collier Fuel | 07/31/07 | Naples, Florida | $37,664.00 |
| 10,000 Gallon Tank | 04/13/01 | Naples, Florida | $4,433.00 |
| 10,000 Gallon Tank (Bonita Gran Sand) | 05/30/02 | Naples, Florida | $10,952.43 |
| 1000 Gal Tank - Thomas Produce | 09/01/06 | Naples, Florida | $1,122.00 |
| 1200 Gal Tank - Honc | 10/23/06 | Naples, Florida | $644.94 |
| 2 Tanks Honc/Posen | 10/06/06 | Naples, Florida | $59,552.97 |
| 2000 Gal Tank at Scanlon Acura | 08/27/03 | Naples, Florida | $2,760.75 |
| 3000 Gal Tank Pack - Blt | 11/16/07 | Naples, Florida | $28,716.00 |
| 4() 20420 Gallon Storage Tanks | 04/13/01 | Naples, Florida | $7,382.00 |
| 40 Kw Generator - Exchange | 09/10/01 | Naples, Florida | $5,823.97 |
| 500 Gal Shop Waste Oil Tank | 03/31/09 | Naples, Florida | $1,140.00 |
| 500 Gal Tank - Mitchell & Stark | 09/01/06 | Naples, Florida | $491.05 |
| 500 Gal Tank Pack - Posen | 11/26/07 | Naples, Florida | $3,196.00 |
| 500 Gal Tank Pack - Thomas Produce | 03/23/09 | Naples, Florida | $4,946.00 |
| Ac Leak Detector | 04/17/08 | Naples, Florida | $596.00 |
| Additions - 103, 106, 111, 112 | 07/31/07 | Naples, Florida | $3,791.00 |
| Additions - 404 | 10/27/07 | Naples, Florida | $3,416.00 |
| Additions #101 | 07/20/07 | Naples, Florida | $977.00 |
| Additions #301, 311, 316 | 01/15/06 | Naples, Florida | $5,291.69 |
| Additions #406 | 07/06/07 | Naples, Florida | $3,949.00 |
| Additions #406 | 07/31/07 | Naples, Florida | $1,432.00 |
| Additions 318 | 07/17/07 | Naples, Florida | $1,056.00 |
| Additions To #106 | 12/31/04 | Naples, Florida | $265.11 |
| Additions To #115 | 09/21/06 | Naples, Florida | $3,806.00 |
| Additions To #115 | 12/29/06 | Naples, Florida | $940.71 |
| Additions To #116 | 12/31/04 | Naples, Florida | $235.58 |
| Additions To #123 | 09/27/06 | Naples, Florida | $1,074.00 |
| Additions To #204 | 06/18/07 | Naples, Florida | $4,283.00 |
| Additions To #212 | 12/31/04 | Naples, Florida | $631.58 |
| Additions To #214 | 07/31/07 | Naples, Florida | $2,340.00 |
| Additions To #301 | 12/28/04 | Naples, Florida | $1,893.74 |
| Additions To #306, #406 | 05/01/05 | Naples, Florida | $8,043.15 |
| Additions To #308 | 12/31/04 | Naples, Florida | $539.58 |
| Additions To #310 | 10/23/06 | Naples, Florida | $2,603.00 |
| Additions To #315 | 10/03/06 | Naples, Florida | $1,403.00 |
| Additions To #6468 | 12/16/05 | Naples, Florida | $1,610.85 |
| Additions To #6469 | 12/20/05 | Naples, Florida | $1,720.78 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Description** | **Date in Service** | **Location** | |
| Additions To #7066 | 10/11/06 | Naples, Florida | $3,207.00 |
| Additions To 105 | 11/08/05 | Naples, Florida | $2,700.12 |
| Additions To 109 | 05/31/06 | Naples, Florida | $5,118.00 |
| Additions To 304 | 11/15/05 | Naples, Florida | $1,667.75 |
| Additions To 305 | 11/08/05 | Naples, Florida | $1,671.10 |
| Additions To 308, 309 | 07/15/05 | Naples, Florida | $4,832.48 |
| Additions To 315 | 11/15/05 | Naples, Florida | $1,553.08 |
| Additions To 408 | 04/25/06 | Naples, Florida | $1,922.00 |
| Additions To 6465 | 11/29/05 | Naples, Florida | $1,575.55 |
| Additions To 6466 | 11/22/05 | Naples, Florida | $1,575.55 |
| Additions To 6467 | 11/22/05 | Naples, Florida | $1,594.32 |
| Additions To Escalades | 03/28/07 | Naples, Florida | $10,770.00 |
| Additions To F-150 - Liner | 09/21/06 | Naples, Florida | $75.00 |
| Additions To F-350 | 11/29/05 | Naples, Florida | $412.00 |
| Automated Fueling System | 04/13/01 | Naples, Florida | $954.00 |
| Bulk Oil Tanks at Rdmc | 03/29/02 | Naples, Florida | $1,536.58 |
| Cb Radios | 09/27/07 | Naples, Florida | $903.00 |
| Chainsaws | 03/14/06 | Naples, Florida | $8,503.68 |
| Chip Additions - 202, 204 | 07/03/07 | Naples, Florida | $778.00 |
| Clock Gauge | 05/31/06 | Naples, Florida | $523.83 |
| Compressor | 08/15/05 | Naples, Florida | $1,644.97 |
| Compressor | 02/28/07 | Naples, Florida | $443.00 |
| Console Printer - South Seas | 07/03/07 | Naples, Florida | $171.00 |
| Cooler - Pine Ridge | 09/26/06 | Naples, Florida | $1,102.00 |
| Couplers | 03/06/07 | Naples, Florida | $429.00 |
| Couplers - Seneca Tank | 07/06/04 | Naples, Florida | $577.50 |
| Dispenser - Coon Key | 06/10/09 | Naples, Florida | $4,640.00 |
| Dispenser Additions at Courtesy | 10/31/06 | Naples, Florida | $11,924.08 |
| Dispenser Improvements - Southbay | 07/01/09 | Naples, Florida | $788.00 |
| Dispenser Upgrades - Sanibel Marina | 09/08/09 | Naples, Florida | $18,802.00 |
| Dispenser Upgrades-Sanibel Harbor Yacht Club | 12/15/10 | Naples, Florida | $24,185.00 |
| Dispensers - Pine Island Marina | 05/18/06 | Naples, Florida | $5,536.95 |
| Dispensers - South Bay Marina | 09/01/06 | Naples, Florida | $5,207.34 |
| Dispensers & Hose Reels - Pelican Bend Marina | 08/22/06 | Naples, Florida | $11,608.55 |
| Dispensers at Courtesy | 10/12/06 | Naples, Florida | $37,845.22 |
| Dispensers at South Seas | 09/15/04 | Naples, Florida | $5,019.26 |
| Electric Harnessing for Loading Rack | 04/13/01 | Naples, Florida | $826.00 |
| Electrical Panel-New Tanks | 12/29/03 | Naples, Florida | $860.48 |
| Emr3 Tank Monitors - 3 Tankwagons | 08/01/09 | Naples, Florida | $12,291.00 |
| Equipment at Everglades Store | 07/04/03 | Naples, Florida | $11,698.15 |
| Equipment Improvements - Coon Key | 12/28/07 | Naples, Florida | $14,885.00 |
| Equipment Tanks | 05/23/01 | Naples, Florida | $882.00 |
| Escalade Additions | 04/30/07 | Naples, Florida | $569.00 |
| Fans - Exchange | 05/31/07 | Naples, Florida | $982.00 |
| Fire Extinguishers | 09/27/07 | Naples, Florida | $386.00 |
| Fire Suppression System | 04/13/01 | Naples, Florida | $648.00 |
| Fire Suppression System Upgrades | 02/21/08 | Naples, Florida | $5,531.00 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| Description | Date in Service | Location | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Fleet Additions | 02/01/05 | Naples, Florida | $5,405.71 |
| Fleet Additions | 02/15/05 | Naples, Florida | $4,187.58 |
| Fleet Additions | 02/15/05 | Naples, Florida | $3,867.35 |
| Fleet Card Equip at Pavillion | 01/19/07 | Naples, Florida | $1,127.00 |
| Fleet Card Machine | 10/02/07 | Naples, Florida | $2,228.00 |
| Fleet Fueling Additions | 12/14/04 | Naples, Florida | $3,863.40 |
| Fleet Fueling Dispensers | 11/30/04 | Naples, Florida | $10,305.14 |
| Fleet Island - Electrical/Pump  Improvements | 07/31/07 | Naples, Florida | $11,831.00 |
| Fleet Island Improvements | 09/11/07 | Naples, Florida | $12,947.00 |
| Flow Meter - Plant | 12/29/06 | Naples, Florida | $3,602.46 |
| Four Tank Gauges at Horseshoe | 03/14/03 | Naples, Florida | $916.63 |
| Freuhauf Storage Trailer - Big Island | 05/15/05 | Naples, Florida | $8,943.09 |
| Fuel Metering Improvements | 01/29/09 | Naples, Florida | $23,945.00 |
| Fuel Metering Improvements | 02/25/09 | Naples, Florida | $50,969.00 |
| Fuel Nozzles | 06/27/06 | Naples, Florida | $1,337.54 |
| Fuel Pumps - Pelican Bend Marina | 11/28/02 | Naples, Florida | $7,246.37 |
| Fuel Tank - Jones Mining Co. | 12/15/02 | Naples, Florida | $506.21 |
| Fuel Tank - Wiggins Pass Marina | 10/01/02 | Naples, Florida | $12,424.07 |
| Fuel Tanks - Kelly Tractor Co. | 12/15/02 | Naples, Florida | $575.17 |
| Fuel Tanks - Marco Island Marina | 10/01/02 | Naples, Florida | $29,817.56 |
| Fuel Tanks - Sunbelt Rentals | 12/15/02 | Naples, Florida | $2,376.35 |
| Fuel Tanks - Sunflower Landscaping | 12/15/02 | Naples, Florida | $1,110.41 |
| Gas Pumps - Devoe Locations | 07/09/02 | Naples, Florida | $4,985.45 |
| Gas Pumps & Equipment - Devoe Locations | 09/20/02 | Naples, Florida | $5,010.32 |
| Gasboy Dial Enclosure - Sanibel Marina | 09/30/06 | Naples, Florida | $1,092.49 |
| Gasboy Improvements | 11/21/06 | Naples, Florida | $2,125.47 |
| Generator - Exchange | 08/31/06 | Naples, Florida | $9,793.21 |
| Generator - Horseshoe | 04/24/06 | Naples, Florida | $29,876.55 |
| Generators - Exchange | 03/15/06 | Naples, Florida | $17,628.30 |
| Hand/Dolly Trucks | 03/22/10 | Naples, Florida | $573.00 |
| Hatz Diesel Engine - Tank Farm | 03/12/08 | Naples, Florida | $1,894.00 |
| Hatz Generator/Pumps Plant | 02/14/08 | Naples, Florida | $4,160.00 |
| Hazmat Trailer | 08/29/05 | Naples, Florida | $1,231.09 |
| Hose - Pier 66 | 05/18/09 | Naples, Florida | $3,952.00 |
| Hose Reels | 07/07/09 | Naples, Florida | $5,989.00 |
| Hose Reels - Bellagio | 06/30/06 | Naples, Florida | $10,052.77 |
| Hose Reels - Hilton Marina | 09/22/09 | Naples, Florida | $2,161.00 |
| Hose Reels - Sanibel Marina | 08/15/05 | Naples, Florida | $4,204.35 |
| Hose Reels - Walker'S Coon Key | 02/15/06 | Naples, Florida | $3,758.28 |
| John Deer Gator | 01/18/05 | Naples, Florida | $2,261.35 |
| Keypad | 05/07/08 | Naples, Florida | $319.00 |
| Keypads - Tank Farm | 12/11/08 | Naples, Florida | $610.00 |
| Keypads at Bonita Beach | 08/08/07 | Naples, Florida | $1,273.00 |
| Keypads at Pavillion | 08/03/07 | Naples, Florida | $3,895.00 |
| Ladder - Horseshoe Whse | 05/05/08 | Naples, Florida | $691.00 |
| Ladders - Load Rack | 09/11/07 | Naples, Florida | $1,424.00 |
| Leak Detector - Pelican Pier | 10/17/07 | Naples, Florida | $520.00 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Description** | **Date in Service** | **Location** | |
| Loading Rack | 04/13/01 | Naples, Florida | $12,994.00 |
| Loading Rack Arms | 05/31/06 | Naples, Florida | $4,138.43 |
| Loading Rack Improvements | 06/15/05 | Naples, Florida | $85,430.77 |
| Loading Rack Improvements | 07/15/05 | Naples, Florida | $30,538.71 |
| Loading Rack Improvements | 09/30/08 | Naples, Florida | $2,704.00 |
| Loading Rack Improvements | 04/08/10 | Naples, Florida | $1,568.00 |
| Loading Rack Meter | 07/18/07 | Naples, Florida | $2,113.00 |
| Loading Rack Stairs | 07/31/07 | Naples, Florida | $1,940.00 |
| Loading Rack Upgrades | 03/08/10 | Naples, Florida | $1,662.00 |
| Lube Equipment | 04/13/01 | Naples, Florida | $6,008.00 |
| Lube Equipment | 08/24/01 | Naples, Florida | $5,890.80 |
| Mariotti Forklift | 12/20/05 | Naples, Florida | $13,494.78 |
| Mariotti Forklift Truck | 07/02/03 | Naples, Florida | $2,986.35 |
| Mechanical Computer - Devoe | 11/19/07 | Naples, Florida | $401.00 |
| Meter - Sanibel Marina | 11/09/06 | Naples, Florida | $132.44 |
| Meters at Coral Rock | 02/15/06 | Naples, Florida | $5,637.69 |
| Motor - Fuel Island | 03/18/08 | Naples, Florida | $840.00 |
| Motor - Loading Rack | 09/19/08 | Naples, Florida | $507.00 |
| New Bulk Oil Tank - Front | 10/15/04 | Naples, Florida | $20,285.68 |
| New Pump - Adams Tank | 11/30/01 | Naples, Florida | $2,922.99 |
| Oil Equipment at Rdmc | 01/28/02 | Naples, Florida | $1,659.67 |
| Oil Line | 08/16/01 | Naples, Florida | $2,045.00 |
| Oil Pumps & Tanks - Coastland Center | 07/15/02 | Naples, Florida | $3,353.25 |
| Pallet Jack | 10/17/05 | Naples, Florida | $258.33 |
| Peterbilt Pump Equipment | 04/11/05 | Naples, Florida | $2,169.57 |
| Port Load Fittings | 09/07/07 | Naples, Florida | $1,818.00 |
| Portable A/C - Shop | 09/26/06 | Naples, Florida | $2,433.93 |
| Portable Ac Units | 03/15/06 | Naples, Florida | $1,618.91 |
| Portable Generators | 07/20/07 | Naples, Florida | $3,067.00 |
| Power Converters | 03/15/06 | Naples, Florida | $10,052.28 |
| Power Invertors | 04/27/06 | Naples, Florida | $3,324.61 |
| Pressure Washer | 11/02/05 | Naples, Florida | $980.00 |
| Pump - 12,000 Gal Tank at Posen | 05/28/09 | Naples, Florida | $1,846.00 |
| Pump - 318 | 12/07/07 | Naples, Florida | $2,161.00 |
| Pump - 320 | 12/14/07 | Naples, Florida | $2,161.00 |
| Pump - Better Roads | 03/12/08 | Naples, Florida | $742.00 |
| Pump - Oil Trades | 02/20/02 | Naples, Florida | $1,631.43 |
| Pump - Retention Area | 05/31/08 | Naples, Florida | $2,688.00 |
| Pump - Tank Farm | 05/31/07 | Naples, Florida | $4,562.00 |
| Pump - Tween Waters | 08/30/10 | Naples, Florida | $9,460.00 |
| Pump #310 | 03/01/08 | Naples, Florida | $1,840.00 |
| Pump #314 | 02/22/08 | Naples, Florida | $1,840.00 |
| Pump #319 | 01/04/08 | Naples, Florida | $2,188.00 |
| Pump #321 | 09/07/07 | Naples, Florida | $2,772.00 |
| Pump Equipment at Sanibel Harbour Yacht | 10/23/06 | Naples, Florida | $8,919.49 |
| Pump Equipment On 209 | 06/08/04 | Naples, Florida | $1,067.51 |
| Pump Impellers | 07/01/09 | Naples, Florida | $584.00 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Description | Date in Service | Location | |
| Pump On Tractor 308 | 06/02/04 | Naples, Florida | $575.24 |
| Pump Replacement at Devoe | 12/31/10 | Naples, Florida | $772.00 |
| Pumps | 06/07/06 | Naples, Florida | $4,157.27 |
| Pumps | 06/30/06 | Naples, Florida | $2,907.06 |
| Pumps - Collier Co Orange Groves | 07/15/03 | Naples, Florida | $3,993.89 |
| Pumps - Tank Farm | 01/15/06 | Naples, Florida | $9,477.84 |
| Pumps - Tank Farm | 02/15/06 | Naples, Florida | $3,579.13 |
| Pumps - Tank Farm | 02/15/06 | Naples, Florida | $1,383.85 |
| Pumps - Tank Farm | 04/24/06 | Naples, Florida | $53,299.15 |
| Pumps - Tank Farm | 05/18/06 | Naples, Florida | $2,152.30 |
| Pumps - Tween Waters | 07/07/09 | Naples, Florida | $8,481.00 |
| Pumps - Wiggins Pass | 02/08/03 | Naples, Florida | $10,527.41 |
| Pumps & Equipment - Marco River | 04/28/05 | Naples, Florida | $11,527.71 |
| Pumps at #115 | 08/24/04 | Naples, Florida | $327.31 |
| Pumps at Advantage Trucking | 08/17/04 | Naples, Florida | $2,715.29 |
| Pumps at Collier Citrus Harvest | 06/30/04 | Naples, Florida | $806.49 |
| Pumps at Gasparilla | 01/20/05 | Naples, Florida | $1,348.41 |
| Pumps at Goodland Marina | 12/28/04 | Naples, Florida | $2,078.77 |
| Pumps at Mitchell And Stark | 12/20/05 | Naples, Florida | $2,543.82 |
| Pumps at Outdoor Resorts | 07/24/03 | Naples, Florida | $7,506.74 |
| Pumps at Progreesive Auto | 07/27/04 | Naples, Florida | $11,610.83 |
| Pumps at Sanibel Marina | 10/08/03 | Naples, Florida | $6,504.31 |
| Pumps at South Seas | 08/10/04 | Naples, Florida | $22,280.42 |
| Pumps at Waste Mgmt | 04/11/03 | Naples, Florida | $12,418.85 |
| Pumps at Yacht Basin | 12/28/04 | Naples, Florida | $18,639.91 |
| Pumps Fuel Dispensing System | 04/13/01 | Naples, Florida | $4,016.00 |
| Pumps On #114 | 08/24/04 | Naples, Florida | $327.31 |
| Pumps On #213 | 07/06/04 | Naples, Florida | $1,888.50 |
| Pumps On #310 | 07/06/04 | Naples, Florida | $604.33 |
| Pumps On #310 | 10/05/04 | Naples, Florida | $708.61 |
| Pumps On Peterbilts | 09/30/08 | Naples, Florida | $9,250.00 |
| Pumps, Lifts, Tools - Ronnie Fick | 04/29/02 | Naples, Florida | $7,005.25 |
| Pumps, Piping & Loading Rack | 04/13/01 | Naples, Florida | $5,958.00 |
| Racking | 09/20/05 | Naples, Florida | $1,459.97 |
| Racking | 10/19/05 | Naples, Florida | $8,604.04 |
| Racking | 12/22/05 | Naples, Florida | $2,891.52 |
| Racking | 01/15/06 | Naples, Florida | $3,696.28 |
| Racking | 02/15/06 | Naples, Florida | $1,301.90 |
| Racking | 04/06/06 | Naples, Florida | $1,336.03 |
| Radio Kits - Tank Wagon Meter Systems | 09/08/09 | Naples, Florida | $1,622.00 |
| Reel Covers | 07/07/09 | Naples, Florida | $985.00 |
| Remote Fueling Equipment | 04/13/01 | Naples, Florida | $4,176.00 |
| Remount Box - #406 | 08/09/07 | Naples, Florida | $2,729.00 |
| Retention Area Improvements | 06/15/08 | Naples, Florida | $2,107.00 |
| Retention Pans | 06/14/06 | Naples, Florida | $512.51 |
| Retention Pans at Waste Corp | 03/28/07 | Naples, Florida | $1,523.00 |
| Roll-On Conversion Tw#1156 | 10/05/06 | Naples, Florida | $14,559.41 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **DESCRIPTION AND LOCatION OF PROPERTY** | | | |
| **Description** | **Date in Service** | **Location** | |
| Rotary Lift - Shop | 04/12/06 | Naples, Florida | $4,648.91 |
| Safety Stairs - Shop | 09/27/06 | Naples, Florida | $2,283.58 |
| Scanners at Young'S Sites | 03/16/07 | Naples, Florida | $1,307.00 |
| Shop Equipment | 05/26/06 | Naples, Florida | $2,291.75 |
| Shop Equipment - Lawson | 03/28/07 | Naples, Florida | $4,165.00 |
| Shop Equipment & Improvements | 02/28/06 | Naples, Florida | $6,108.29 |
| Shop Fan | 08/15/05 | Naples, Florida | $1,329.81 |
| Shop Fans - Exchange | 08/29/06 | Naples, Florida | $513.40 |
| Shop Generators | 11/02/05 | Naples, Florida | $2,816.94 |
| Shop Improvements | 03/21/05 | Naples, Florida | $4,054.32 |
| Shop Toolbox - Bill | 06/30/06 | Naples, Florida | $1,558.48 |
| Shop Tools | 06/30/01 | Naples, Florida | $191.78 |
| Signs at Everglades City | 06/15/03 | Naples, Florida | $866.15 |
| Signs at Everglades Corner | 07/24/03 | Naples, Florida | $843.84 |
| Signs at The Yacht Basin | 12/07/04 | Naples, Florida | $1,090.14 |
| Small Tools | 08/27/01 | Naples, Florida | $2,520.00 |
| Storage Trailer - Frontier | 12/01/06 | Naples, Florida | $9,641.33 |
| Storage Trailer Additions | 01/15/06 | Naples, Florida | $2,398.03 |
| Storage Trailer Additions | 05/31/06 | Naples, Florida | $966.88 |
| Storage Trailer Additions at Ava Maria | 10/23/06 | Naples, Florida | $3,632.75 |
| Storage Trailer at Honc | 01/30/07 | Naples, Florida | $5,914.00 |
| Surge Protectors - Dispensers | 08/29/06 | Naples, Florida | $5,138.96 |
| Tank - Honc | 11/09/06 | Naples, Florida | $1,754.15 |
| Tank - Marina 31 | 12/05/01 | Naples, Florida | $10,740.30 |
| Tank - Southern Sand And Stone | 10/16/06 | Naples, Florida | $813.48 |
| Tank & Pump - Tru Green | 09/01/06 | Naples, Florida | $454.02 |
| Tank & Pumps at Pro Disposal | 07/05/01 | Naples, Florida | $561.00 |
| Tank at Jensens Resort | 10/19/04 | Naples, Florida | $1,875.72 |
| Tank at Posen | 10/31/06 | Naples, Florida | $2,266.93 |
| Tank Equipment - Posen | 11/09/06 | Naples, Florida | $1,108.71 |
| Tank Equipment - Silver Strand Iii | 10/15/04 | Naples, Florida | $2,184.66 |
| Tank Farm - Meters, Valves , Improvements | 10/23/07 | Naples, Florida | $11,094.00 |
| Tank Farm - New Gates | 11/17/06 | Naples, Florida | $29,505.88 |
| Tank Farm Grating | 01/19/04 | Naples, Florida | $986.30 |
| Tank Farm Improvements | 11/30/04 | Naples, Florida | $19,430.34 |
| Tank Farm Improvements | 08/15/05 | Naples, Florida | $1,858.30 |
| Tank Farm Improvements | 08/15/05 | Naples, Florida | $11,602.99 |
| Tank Farm Improvements | 09/14/05 | Naples, Florida | $1,443.41 |
| Tank Farm Improvements | 12/28/05 | Naples, Florida | $11,027.70 |
| Tank Farm Improvements | 11/30/08 | Naples, Florida | $756.00 |
| Tank Farm Improvements, Pumps, Meters, Printe | 07/25/06 | Naples, Florida | $24,159.36 |
| Tank Farm Improvments | 10/27/08 | Naples, Florida | $1,234.00 |
| Tank Farm Low Sulfur Dispenser | 02/25/05 | Naples, Florida | $6,812.65 |
| Tank Farm Printer | 12/16/08 | Naples, Florida | $940.00 |
| Tank Farm Pump | 04/30/09 | Naples, Florida | $757.00 |
| Tank Farm Pumps | 12/23/05 | Naples, Florida | $2,157.68 |
| Tank For Horseshoe | 12/15/04 | Naples, Florida | $6,635.81 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Description | Date in Service | Location | |
| Tank Gauges | 04/06/02 | Naples, Florida | $3,553.83 |
| Tank Gauging Equipment | 12/15/04 | Naples, Florida | $43,411.09 |
| Tank Improvements - Ft Myers Yacht | 11/21/06 | Naples, Florida | $958.50 |
| Tank Improvements at Warehouse | 10/31/06 | Naples, Florida | $3,443.92 |
| Tank Monitor Counter Printer | 09/27/06 | Naples, Florida | $660.46 |
| Tank Monitoring - Mitchell & Stark | 10/17/07 | Naples, Florida | $3,873.00 |
| Tank Monitoring - Veederoot | 06/17/09 | Naples, Florida | $149,330.00 |
| Tank Monitoring Additions | 03/31/08 | Naples, Florida | $1,458.00 |
| Tank Monitoring Equipment | 11/08/05 | Naples, Florida | $7,963.31 |
| Tank Monitors - Cemex | 03/15/06 | Naples, Florida | $12,043.13 |
| Tank On #213 | 07/20/04 | Naples, Florida | $3,589.10 |
| Tank On #7040 | 06/30/06 | Naples, Florida | $29,946.79 |
| Tank On #7041 | 06/30/06 | Naples, Florida | $29,946.79 |
| Tank On #7042 | 09/01/06 | Naples, Florida | $32,802.48 |
| Tank On #7043 | 09/01/06 | Naples, Florida | $32,802.48 |
| Tank Pack - Aris Horticulture | 07/31/09 | Naples, Florida | $2,538.00 |
| Tank Pack - Bcp Maint. | 05/31/07 | Naples, Florida | $750.00 |
| Tank Pack - Blackwater Sound Marina | 03/08/10 | Naples, Florida | $1,195.00 |
| Tank Pack - Blt | 10/02/07 | Naples, Florida | $5,324.00 |
| Tank Pack - Blt | 03/24/08 | Naples, Florida | $923.00 |
| Tank Pack - Fl Motor Sports | 11/01/07 | Naples, Florida | $672.00 |
| Tank Pack - Honc | 06/15/08 | Naples, Florida | $6,688.00 |
| Tank Pack - Jensen'S Twin Palm | 12/01/08 | Naples, Florida | $1,122.00 |
| Tank Pack - Leemar | 06/15/07 | Naples, Florida | $8,620.00 |
| Tank Pack - Mitchell & Stark | 10/11/07 | Naples, Florida | $3,021.00 |
| Tank Pack - Naples Marina | 07/11/07 | Naples, Florida | $6,512.00 |
| Tank Pack - Posen | 08/01/08 | Naples, Florida | $2,864.00 |
| Tank Pack - Posen | 08/26/09 | Naples, Florida | $26,967.00 |
| Tank Pack - Snook Bight | 07/11/07 | Naples, Florida | $4,069.00 |
| Tank Pack - Snook Bight | 10/11/07 | Naples, Florida | $3,773.00 |
| Tank Pack - Strilka | 02/22/08 | Naples, Florida | $1,918.00 |
| Tank Pack Add - Blt | 01/22/08 | Naples, Florida | $6,455.00 |
| Tank Pack at Better Roads | 01/05/07 | Naples, Florida | $6,434.00 |
| Tank Pack at Colonial Roofing | 01/29/07 | Naples, Florida | $9,921.00 |
| Tank Pack at Jd Stevens | 01/04/07 | Naples, Florida | $9,508.00 |
| Tank Pack at Mitchell & Stark | 02/12/07 | Naples, Florida | $5,728.00 |
| Tank Pack at Posen | 09/30/08 | Naples, Florida | $10,891.00 |
| Tank Pack at Ryan Golf | 02/13/07 | Naples, Florida | $2,488.00 |
| Tank Pack at Underground Specialist | 02/23/07 | Naples, Florida | $1,244.00 |
| Tank Pack at Waste Corp | 02/26/07 | Naples, Florida | $1,004.00 |
| Tank Package at Mitchell & Stark | 10/24/06 | Naples, Florida | $18,638.98 |
| Tank Upgrade at Pavillion | 03/31/07 | Naples, Florida | $273,837.00 |
| Tank Upgrades - Marco River | 12/01/09 | Naples, Florida | $225,346.00 |
| Tank Upgrades at Germain Bmw | 12/31/10 | Naples, Florida | $87,511.00 |
| Tank Wagon Additions | 11/23/05 | Naples, Florida | $3,993.02 |
| Tank Wagon Additions | 07/25/06 | Naples, Florida | $3,149.73 |
| Tanks - Exchange | 03/15/06 | Naples, Florida | $12,314.78 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Description | Date in Service | Location | |
| Tanks - Gasparilla | 11/23/04 | Naples, Florida | $11,270.37 |
| Tanks - Hatz Diesel Engineering | 11/22/06 | Naples, Florida | $1,505.18 |
| Tanks - Mitchell & Stark | 11/22/06 | Naples, Florida | $61,871.35 |
| Tanks - Silver Stand Iii | 02/23/05 | Naples, Florida | $1,200.00 |
| Tanks & Pumps - So Fla Excavation | 09/01/06 | Naples, Florida | $3,055.99 |
| Tanks & Pumps - United Rentals | 10/28/02 | Naples, Florida | $7,079.19 |
| Tanks & Pumps - United Rentals | 12/31/02 | Naples, Florida | $10,818.40 |
| Tanks & Pumps - Wilson Mech. | 08/31/06 | Naples, Florida | $10,225.74 |
| Tanks & Reels - Collier Pacific | 09/15/06 | Naples, Florida | $2,692.06 |
| Tanks & Reels - Ryan Golf | 09/21/06 | Naples, Florida | $4,599.79 |
| Tanks at Coe-Collier | 07/31/04 | Naples, Florida | $4,291.17 |
| Tanks at Exchange | 02/11/05 | Naples, Florida | $8,230.32 |
| Tanks at Hydro Rock | 03/23/04 | Naples, Florida | $1,870.89 |
| Tanks at Marco Texaco | 06/03/04 | Naples, Florida | $24,463.52 |
| Tanks at South Horseshoe | 06/29/04 | Naples, Florida | $2,359.71 |
| Tanks at Stuckey Drilling | 04/30/04 | Naples, Florida | $2,389.60 |
| Tanks at Volvo Rents | 04/28/04 | Naples, Florida | $1,265.66 |
| Tanks, Pumps Ftmyers Yacht Basin | 10/05/06 | Naples, Florida | $7,810.80 |
| Tanks/Lines | 04/13/01 | Naples, Florida | $2,630.00 |
| Tankwagon Additions | 03/10/09 | Naples, Florida | $8,404.00 |
| Tankwagon Pump Equipment | 07/15/05 | Naples, Florida | $3,238.88 |
| Tire Boss Equipment | 05/31/06 | Naples, Florida | $4,610.00 |
| Tool Boxes | 07/20/07 | Naples, Florida | $856.00 |
| Tools | 11/15/01 | Naples, Florida | $1,024.97 |
| Tools | 07/14/03 | Naples, Florida | $2,634.31 |
| Tools | 08/15/05 | Naples, Florida | $1,034.04 |
| Tools | 12/31/06 | Naples, Florida | $2,882.14 |
| Tools | 04/30/07 | Naples, Florida | $2,670.00 |
| Tools | 05/31/07 | Naples, Florida | $1,811.00 |
| Tools - Bill | 06/30/06 | Naples, Florida | $3,526.29 |
| Tow Motor | 04/13/01 | Naples, Florida | $725.00 |
| Trailer Fittings | 12/19/08 | Naples, Florida | $3,469.00 |
| Trailer Improvements | 09/30/05 | Naples, Florida | $5,274.70 |
| Trailer Painting | 06/20/06 | Naples, Florida | $4,509.25 |
| Trailers at Coral Rock | 02/17/05 | Naples, Florida | $8,648.32 |
| Truck Pump | 06/10/02 | Naples, Florida | $1,354.51 |
| Truck Pumps | 10/15/08 | Naples, Florida | $4,480.00 |
| Truck Pumps | 10/31/08 | Naples, Florida | $5,778.00 |
| Truck Pumps | 12/08/08 | Naples, Florida | $4,273.00 |
| Two Pumps | 09/15/03 | Naples, Florida | $2,146.48 |
| Ultra-Low Spectrometer | 10/10/06 | Naples, Florida | $34,203.36 |
| Vapor Recovery Elbows | 09/27/07 | Naples, Florida | $806.00 |
| Verifone - Marco River | 09/26/06 | Naples, Florida | $469.00 |
| Verifone - Outdoor Resorts | 09/26/06 | Naples, Florida | $469.00 |
| Warehouse Oil Equipment | 02/01/05 | Naples, Florida | $23,774.10 |
| Warehouse Racking | 08/15/05 | Naples, Florida | $8,186.27 |
| Water Meter | 07/13/04 | Naples, Florida | $1,084.33 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| DESCRIPTION AND LOCatION OF PROPERTY | | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Description** | **Date in Service** | **Location** | |
| Water Pumps at S. Horseshoe Plant | 08/21/03 | Naples, Florida | $1,194.41 |
| | | | $3,033,953.59 |
| **Signs** | | | |
| Airport Road Sign | 07/15/05 | Naples, Florida | $5,407.86 |
| Decals - Field Tanks | 08/30/10 | Naples, Florida | $598.00 |
| Decals - Trailers | 08/30/10 | Naples, Florida | $722.00 |
| Decals & Signage | 08/30/10 | Naples, Florida | $389.00 |
| Decals Trucks | 10/18/10 | Naples, Florida | $573.00 |
| Emergency Response Decals | 06/21/10 | Naples, Florida | $443.00 |
| Evans Oil Sign - Wall | 06/23/05 | Naples, Florida | $1,941.86 |
| Fleet Sign | 03/22/05 | Naples, Florida | $1,801.04 |
| Numbers/Tks | 07/20/10 | Naples, Florida | $41.00 |
| Sign at Progressive | 06/01/05 | Naples, Florida | $1,542.95 |
| Signage | 02/28/05 | Naples, Florida | $3,508.19 |
| Signage - 403, 406, 404, 215 | 05/27/05 | Naples, Florida | $842.15 |
| Signage - Tractors | 12/20/05 | Naples, Florida | $374.97 |
| Signage - Trucks | 03/20/06 | Naples, Florida | $664.50 |
| Signage 9 Tankwagons | 02/28/10 | Naples, Florida | $1,083.00 |
| Signs - 110, 107 | 03/22/05 | Naples, Florida | $404.43 |
| Signs - Bellagio | 09/21/07 | Naples, Florida | $535.00 |
| Signs - Front | 04/22/05 | Naples, Florida | $5,771.76 |
| Storage Tank Lettering | 05/26/10 | Naples, Florida | $640.00 |
| Tractor Signage | 01/15/06 | Naples, Florida | $205.15 |
| Trailer Signage | 12/16/08 | Naples, Florida | $492.00 |
| Truck Decal Numbers | 01/11/10 | Naples, Florida | $52.00 |
| Truck Signage | 07/15/05 | Naples, Florida | $780.61 |
| Truck Signage | 09/15/05 | Naples, Florida | $772.98 |
| Truck Signage | 10/04/05 | Naples, Florida | $362.33 |
| Truck Signage | 02/15/06 | Naples, Florida | $283.63 |
| Truck Signage | 04/11/06 | Naples, Florida | $615.52 |
| Truck Signage | 05/23/06 | Naples, Florida | $346.50 |
| Truck Signage | 06/13/06 | Naples, Florida | $742.63 |
| Truck Signage | 07/25/06 | Naples, Florida | $358.00 |
| Truck Signage | 07/31/06 | Naples, Florida | $369.00 |
| Truck Signage | 09/07/06 | Naples, Florida | $106.00 |
| Truck Signage | 11/30/06 | Naples, Florida | $526.35 |
| Truck Signage | 12/06/06 | Naples, Florida | $1,590.00 |
| Truck Signage | 06/29/07 | Naples, Florida | $2,211.00 |
| Truck Signage | 07/31/07 | Naples, Florida | $1,743.00 |
| Truck Signage | 08/31/07 | Naples, Florida | $418.00 |
| Truck Signage | 10/26/07 | Naples, Florida | $1,366.00 |
| Truck Signage | 11/21/07 | Naples, Florida | $274.00 |
| Truck Signage | 12/15/07 | Naples, Florida | $1,251.00 |
| Truck Signage | 02/14/08 | Naples, Florida | $560.00 |
| Truck Signage | 04/08/08 | Naples, Florida | $480.00 |
| Truck Signage | 07/15/08 | Naples, Florida | $361.00 |
| Truck Signage | 09/15/08 | Naples, Florida | $1,784.00 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B29**

**(B29) Machinery, Fixtures, Equipment and Supplies Used in Business**

| Description | Date in Service | Location | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| Truck Signage | 11/30/08 | Naples, Florida | $887.00 |
| Truck Signage | 04/30/09 | Naples, Florida | $196.00 |
| Truck Signage | 08/19/09 | Naples, Florida | $1,521.00 |
| Truck Signs | 11/15/05 | Naples, Florida | $890.88 |
| | | | $48,829.29 |
| | | | **$3,082,782.89** |

DESCRIPTION AND LOCatION OF PROPERTY

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B30**

**(B30) Inventory**

| | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Inventory Description** | **Quantity on Hand** | **Location** | |
| **GL Account: 1200** | | | |
| Product Line: AF10 | 1,611 | Naples, Florida | $29,081.37 |
| Product Line: EG10 | 380 | Naples, Florida | $13,761.41 |
| Product Line: MS10 | 24,192 | Naples, Florida | $85,965.93 |
| Product Line: MS30 | 3,117 | Naples, Florida | $53,699.30 |
| Product Line: MS40 | 3 | Naples, Florida | $299.53 |
| Product Line: MS50 | 276 | Naples, Florida | $3,019.28 |
| Product Line: MS60 | 349 | Naples, Florida | $56,555.28 |
| Product Line: MS70 | 252 | Naples, Florida | $4,383.85 |
| Product Line: OF00 | 909 | Naples, Florida | $32,259.68 |
| | | | $279,025.63 |
| **GL Account: 1201** | | | |
| Product Line: DF23 | 12,008 | Naples, Florida | $32,530.87 |
| | | | $32,530.87 |
| **GL Account: 1202** | | | |
| Product Line: DF21 | 23,610 | Naples, Florida | $63,782.42 |
| | | | $63,782.42 |
| **GL Account: 1203** | | | |
| Product Line: MG10 | 18,785 | Naples, Florida | $44,490.39 |
| | | | $44,490.39 |
| **GL Account: 1204** | | | |
| Product Line: MG20 | 41,935 | Naples, Florida | $99,788.60 |
| | | | $99,788.60 |
| **GL Account: 1205** | | | |
| Product Line: MG30 | 6,786 | Naples, Florida | $16,775.67 |
| | | | $16,775.67 |
| **GL Account: 1206** | | | |
| Product Line: OL10 | 17,042 | Naples, Florida | $162,686.28 |
| Product Line: OL11 | 11,881 | Naples, Florida | $99,335.72 |
| Product Line: OL12 | 4,291 | Naples, Florida | $33,200.78 |
| Product Line: OL14 | 197 | Naples, Florida | $2,255.21 |
| Product Line: OL20 | 1,273 | Naples, Florida | $20,799.79 |
| Product Line: OL21 | 3,190 | Naples, Florida | $38,090.32 |
| Product Line: OL22 | 659 | Naples, Florida | $2,349.44 |
| Product Line: OL23 | 120 | Naples, Florida | $3,938.73 |
| Product Line: OL30 | 17,766 | Naples, Florida | $128,893.86 |
| Product Line: OL31 | 3,547 | Naples, Florida | $29,748.56 |
| Product Line: OL40 | 1,529 | Naples, Florida | $18,031.22 |
| Product Line: OL50 | 28,855 | Naples, Florida | $332,464.95 |

**Evans Oil Company LLC**
**SCHEDULES OF ASSETS AND LIABILITIES**
**ATTACHMENT B30**

**(B30) Inventory**

| | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|
| **Inventory Description** | **Quantity on Hand** | **Location** | |
| Product Line: OL51 | 4,712 | Naples, Florida | $40,759.64 |
| Product Line: OL60 | 1,202 | Naples, Florida | $13,715.38 |
| Product Line: OL61 | 188 | Naples, Florida | $2,461.73 |
| | | | $928,731.61 |
| **GL Account: 1207** | | | |
| Product Line: GR10 | 36,625 | Naples, Florida | $83,572.74 |
| Product Line: GR11 | 19,050 | Naples, Florida | $39,559.01 |
| Product Line: GR12 | 418 | Naples, Florida | $26,679.11 |
| Product Line: GR20 | 4,058 | Naples, Florida | $9,437.69 |
| Product Line: GR21 | 7,376 | Naples, Florida | $14,601.90 |
| Product Line: GR30 | 4,780 | Naples, Florida | $7,438.94 |
| Product Line: GR31 | 720 | Naples, Florida | $1,656.72 |
| Product Line: GR40 | 16,481 | Naples, Florida | $29,147.35 |
| Product Line: GR41 | 11,600 | Naples, Florida | $27,741.12 |
| Product Line: GR50 | 1,110 | Naples, Florida | $13,270.06 |
| Product Line: GR51 | 954 | Naples, Florida | $1,948.80 |
| | | | $255,053.44 |
| **GL Account: 1210** | | | |
| Product Line: EQ00 | 2,224 | Naples, Florida | $159,338.25 |
| | | | $159,338.25 |
| **GL Account: 1211** | | | |
| Product Line: MS20 | 220 | Naples, Florida | $1,123.78 |
| | | | $1,123.78 |
| **GL Account: 1214** | | | |
| Product Line: MS90 | 976 | Naples, Florida | $41,483.24 |
| | | | $41,483.24 |
| | | | $1,901,382.28 |

B6D (Official Form 6D) (12/07)

In re    **Evans Oil Company LLC** _____ ,    Case No. ___11-01515 (DHA)___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **CITICAPITAL COMMERCIAL CORPORATION ATTN: PRESIDENT OR GENERAL COUNSEL 3950 REGENT BLVD IRVING, TX 75063** | | - | | | **Various** **UCC Filing** **Peterbilt Truck** | X | X | X | | |
| | | | | | Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **FIFTH THIRD BANK ATTN: PRESIDENT OR GENERAL COUNSEL 1000 TOWN CENTER #1400 SOUTHFIELD, MI 48075** | X | - | | | **04/16/10 Amended and Restated Credit Agreement Collateral: All Non-titled Tangible Personal Property Assets of the Debtor and Certain Insurance Policies on the Life of Randy M. Long** | X | X | X | | |
| | | | | | Value $ **Unknown** | | | | **34,766,058.51** | **Unknown** |
| Account No. **7570** **FIFTH THIRD BANK ATTN: PRESIDENT OR GENERAL COUNSEL 1000 TOWN CENTER #1400 SOUTHFIELD, MI 48075** | X | - | | | **Bank Extension of Credit  (Operating Account)** **Collateral: All Non-titled Tangible Personal Property Assets of the Debtor** | X | X | X | | |
| | | | | | Value $ **Unknown** | | | | **1,418,744.91** | **Unknown** |
| Account No. **FIFTH THIRD BANK ATTN: PRESIDENT OR GENERAL COUNSEL 1000 TOWN CENTER #1400 SOUTHFIELD, MI 48075** | X | - | | | **Bank Extension of Credit (Payroll Account)** **Collateral: All Non-titled Tangible Personal Property Assets of the Debtor** | X | X | X | | |
| | | | | | Value $ **Unknown** | | | | **7,019.56** | **Unknown** |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **36,191,822.98** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Evans Oil Company LLC_____,    Case No. __11-01515 (DHA)__
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2260** <br><br> **NORTHERN TRUST** <br> **375 FIFTH AVE S** <br> **NAPLES, FL 34102** | - | | **Note Payable** <br><br><br> Value $           **Unknown** | | | | **719,000.00** | **Unknown** |
| Account No. <br><br> **OFC CAPITAL CORP/WACHOVIA** <br> **576 COLONIAL PARK DR** <br> **STE 100** <br> **ROSWELL, GA 30075** | - | | **Various** <br><br> **UCC Filing** <br><br> **PMC Fuel House Model FH510 GPM Single Hose Marina Dispenser** <br> Value $           **Unknown** | X | X | X | **Unknown** | **Unknown** |
| Account No. <br><br> **PATRIOT CAPITAL CORPORATION** <br> **5825 GLENRIDGE DRIVE** <br> **SUITE 212** <br> **ATLANTA, GA 30328** | - | | **EFA Corporate Guaranty - Agreement No. 7225228** <br> **2007 Peterbuilt 1NPSL00X78D742910** <br> **Nature of Interest: Guarantor** <br><br> Value $           **Unknown** | X | X | X | **Unknown** | **Unknown** |
| Account No. <br><br> **SENECA TANK, INC.** <br> **ATTN: PRESIDENT OR GENERAL COUNSEL** <br> **5585 N.E. 16TH STREET** <br> **DES MOINES, IA 50313** | - | | **Various** <br><br> **UCC Filing** <br><br> **2007 Almac 4500 Gallon Aluminum Tanks** <br> Value $           **Unknown** | X | X | X | **Unknown** | **Unknown** |
| Account No. <br><br> **VFS US LLC** <br> **ATTN: PRESIDENT OR GENERAL COUNSEL** <br> **7025 ALBERT PICK RD., SUITE. 105** <br> **GREENSBORO, NC 27409** | - | | **Various** <br><br> **UCC Filing** <br><br><br> Value $           **Unknown** | X | X | X | **Unknown** | **Unknown** |

Sheet _1___ of _1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **719,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **36,910,822.98** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    __Evans Oil Company LLC_____ ,    Case No.    __11-01515 (DHA)_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

    __2___    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Evans Oil Company LLC**                                                        Case No.    **11-01515 (DHA)**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No.<br><br>**CHARLOTTE COUNTY TAX COLLECTOR**<br>**18500 MURDOCK CR**<br>**PORT CHARLOTTE, FL 33948** | - | | | | Taxing Authority | X | X | X | Unknown | Unknown | Unknown |
| Account No.<br><br>**COLLIER COUNTY TAX COLLECTOR**<br>**3291 TAMIAMI TRAIL EAST**<br>**NAPLES, FL 34112** | - | | | | Taxing Authority | X | X | X | Unknown | Unknown | Unknown |
| Account No.<br><br>**FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION**<br>**3900 COMMONWEALTH BOULEVARD M.S. 49**<br>**TALLAHASSEE, FL 32399** | - | | | | Regulatory Agency | X | X | X | Unknown | Unknown | Unknown |
| Account No.<br><br>**FLORIDA DEPT OF REVENUE**<br>**5050 W TENNESSEE ST**<br>**TALLAHASSEE, FL 32399-0125** | - | | | | Taxing Authority | X | X | X | Unknown | Unknown | Unknown |
| Account No.<br><br>**FLORIDA DEPT OF STATE**<br>**DIVISION OF CORPORATIONS**<br>**TALLAHASSEE, FL 32314-1609** | - | | | | Taxing Authority | X | X | X | Unknown | Unknown | Unknown |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **Evans Oil Company LLC**                                    , Case No. __11-01515 (DHA)__
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxing Authority | | | | | |
| **LEE COUNTY TAX COLLECTOR** **PO BOX 1609** **FT MYERS, FL 33902** | - | | | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Taxing Authority | | | | | |
| **PALM BEACH COUNTY** **PO BOX 863522** **ORLANDO, FL 32886-3522** | - | | | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Taxing Authority | | | | | |
| **SARASOTA COUNTY TAX COLLECTOR** **101 S WASHINGTON BLVD** **SARASOTA, FL 34236-6940** | - | | | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | |

B6F (Official Form 6F) (12/07)

In re    **Evans Oil Company LLC**                                           ,    Case No.    __11-01515 (DHA)__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | Trade Payable | | | | | | | |
| **3B SAFETY / CLOVER DESIGNS 1807 S.E. 8TH TERRACE CAPE CORAL, FL 33990** | - | | | | | | | | 55.50 |
| Account No. | | Trade Payable | | | | | | | |
| **ABC FIRE EQUIPMENT CORP. 5370 JAEGER ROAD NAPLES, FL 34109** | | | | | | | | | 323.00 |
| Account No. | | Trade Payable | | | | | | | |
| **ADAMS TANK & LIFT, INC. PINELLAS PARK MAIN OFFICE CLEARWATER, FL 33762** | - | | | | | | | | 941.62 |
| Account No. | | Trade Payable | | | | | | | |
| **ARAMARK 2817 N. 35TH STREET TAMPA, FL 33605-3123** | - | | | | | | | | 1,542.51 |
| __15__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 2,862.63 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:28092-100630    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Evans Oil Company LLC**                              ,          Case No.   __11-01515 (DHA)__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Service Agreement - Acct No. 836611339 | | | | |
| **AT&T WIRELESS** **PO BOX 6463** **CAROL STREAM, IL 60197-6463** | - | | | X | X | X | **Unknown** |
| Account No. | | | Trade Payable | | | | |
| **ATLANTIC COASTAL FUELS, INC** **19302 NW 24TH PLACE** **HOLLYWOOD, FL 33029** | - | | | | | | **11,711.16** |
| Account No. | | | Trade Payable | | | | |
| **BEST LINE OIL CO.** **219 N 20TH ST** **TAMPA, FL 33605** | - | | | | | | **2,701.13** |
| Account No. | | | Litigation | | | | |
| **BIG ISLAND EXCAVATING, INC.** **C/O MICHAEL F. BEAL, ESQ.** **681 GOODLETTE ROAD NORTH** **SUITE 210** **NAPLES, FL 34102-5612** | - | | | X | X | X | **Unknown** |
| Account No. | | | Trade Payable | | | | |
| **BLUECROSS BLUESHIELD OF FLA** **P.O. BOX 105358** **ATLANTA, GA 30348-5358** | - | | | | | | **7,016.00** |

Sheet no. __1__ of __15__ sheets attached to Schedule of                Subtotal                **21,428.29**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ , Case No. __11-01515 (DHA)__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Payable | | | | |
| C.H. MOTORCARS LLC 2500 HORESHOE DRIVE SOUTH NAPLES, FL 34104 | - | | | | | | 27.70 |
| Account No. | | | Trade Payable | | | | |
| CINTAS FIRE PROTECTION 12771 WEST LINKS DRIVE FORT MYERS, FL 33913 | - | | | | | | 160.00 |
| Account No. | | | Service Agreement - Utility (Water) | | | | |
| CITY OF NAPLES FLORIDA PO BOX 12124 NAPLES, FL 34101 | - | | | X | X | X | Unknown |
| Account No. | | | Trade Payable | | | | |
| COASTAL AIR CONDITIONING 5820 YAHL ST UNIT # 5 NAPLES, FL 34109 | - | | | | | | 208.00 |
| Account No. | | | Trade Payable | | | | |
| COLEMAN, HAZZARD & TAYLOR 2640 GOLDENGATE PKWY NAPLES, FL 34105 | - | | | | | | 3,333.10 |

Sheet no. __2__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ................................ 3,728.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Evans Oil Company LLC**                                    Case No.  __11-01515 (DHA)__
                                        ,
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Trade Payable | | | | |
| COLLIER PARK OF COMMERCE C/O R&P PROPERTY MANAGEMENT NAPLES, FL 34104-3518 | - | | | | | | | | 125.79 |
| Account No. | | | | | Trade Payable | | | | |
| COLLIER TIRE CENTER ATTN: RICH NAPLES, FL 34104 | - | | | | | | | | 2,823.49 |
| Account No. | | | | | Trade Payable | | | | |
| COMCAST P.O. BOX 105184 ATLANTA, GA 30348-5184 | - | | | | | | | | 160.33 |
| Account No. | | | | | Trade Payable | | | | |
| COPY CONCEPTS, INC. 11901 METRO PARKWAY FORT MYERS, FL 33966 | - | | | | | | | | 823.27 |
| Account No. | | | | | Trade Payable | | | | |
| DEGREE DAY SYSTEMS, INC. 33 VILLAGE PARK RD. CEDAR GROVE, NJ 07009-1286 | - | | | | | | | | 872.02 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **4,804.90**

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC_____ ,    Case No. __11-01515 (DHA)__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| DEX - YELLOW PAGES P.O. BOX 660834 DALLAS, TX 75266-0834 | - | | | | | | | 106.25 |
| Account No. | | | | Trade Payable | | | | |
| DM2 SOFTWARE 7700 NE GREENWOOD DR VANCOUVER, WA 98662 | - | | | | | | | 40.00 |
| Account No. | | | | Trade Payable | | | | |
| FCC ENVIRONMENTAL HYDROCARBON RECOVERY SERVICES DALLAS, TX 75267-4156 | - | | | | | | | 46.75 |
| Account No. | | | | Trade Payable | | | | |
| FCCI INSURANCE CO. P.O. BOX 405563 ATLANTA, GA 30384-5563 | - | | | | | | | 11,968.61 |
| Account No. | | | | Trade Payable | | | | |
| FEDERAL EXPRESS P.O. BOX 660481 DALLAS, TX 75266-0481 | - | | | | | | | 43.14 |

Sheet no. __4___ of __15___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,204.75

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ , Case No. __11-01515 (DHA)__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| FEDERATED INSURANCE P.O. BOX 328 OWATONNA, MN 55060 | - | | | | | | | 9,671.70 |
| Account No. | | | | Insurance Agreement | | | | |
| FIRST INSURANCE FUNDING CORP 450 SKOKIE BLVD SUITE 1000 NORTHBROOK, IL 60062 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Payable | | | | |
| FLORIDA DEPT. OF TRANSPORT PENALTY COLLECTION UNIT TALLAHASSEE, FL 32303 | - | | | | | | | 30.00 |
| Account No. | | | | Trade Payable | | | | |
| FLORIDA POWER & LIGHT GENERAL MAIL FACILITY MIAMI, FL 33188-0001 | - | | | | | | | 2,293.14 |
| Account No. | | | | Trade Payable | | | | |
| FLORIDA SPRING & AXLE SERVICE 2335 ROCKFILL ROAD FORT MYERS, FL 33916 | - | | | | | | | 97.63 |

Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  12,092.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC_____,    Case No. __11-01515 (DHA)__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FLORIDA TANK SERVICES, INC.** <br> **P.O. BOX 5078** <br> **TAMPA, FL 33675** | | - | **Trade Payable** | | | | 85.60 |
| Account No. <br><br> **FOWLER WHITE BOGGS BANKER** <br> **PO BOX 1438** <br> **TAMPA, FL 33601** | | - | **Trade Payable** | | | | 1,001.64 |
| Account No. <br><br> **GENERAL ELECTRIC CAPITAL CORPORATION** <br> **1590 ADAMSON PARKWAY** <br> **SUITE 350** <br> **MORROW, GA 30260** | | - | **Lessee's Agreement - 2006 Peterbilt 1XPGDU9X76N646463** | X | X | X | Unknown |
| Account No. <br><br> **GOODYEAR RUBBER, INC.** <br> **1912 CENTRAL AVENUE** <br> **ST PETERSBURG, FL 33712** | | - | **Trade Payable** | | | | 290.43 |
| Account No. <br><br> **HART'S ELECTRICAL, INC.** <br> **281 27TH STREET NW** <br> **NAPLES, FL 34120** | | - | **Trade Payable** | | | | 1,134.35 |

Sheet no. __6___ of __15___ sheets attached to Schedule of             Subtotal       2,512.02
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Evans Oil Company LLC**                                                    ,      Case No.   **11-01515 (DHA)**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| **HURRICANE TRUCK DETAILING, INC** **P.O. BOX 292313** **DAVIE, FL 33329** | - | | | | | | | 100.00 |
| Account No. | | | | Trade Payable | | | | |
| **JAY MAR ENVIRONMENTAL SERVICES** **1670  WERNER DRIVE** **ALVA, FL 33920** | - | | | | | | | 410.40 |
| Account No. | | | | Trade Payable | | | | |
| **JMP SOLUTIONS, INC.** **12065 METRO PARKWAY** **FORT MYERS, FL 33966** | - | | | | | | | 46,317.14 |
| Account No. | | | | Trade Payable | | | | |
| **JOHN COLLINS AUTO PARTS** **5598 SHIRLEY STREET** **NAPLES, FL 34109** | - | | | | | | | 107.88 |
| Account No. | | | | Litigation | | | | |
| **JOSEPH WHITIS** **C/O KELLY AMRITT, ESQ.** **6824 GRIFFIN ROAD** **SUITE 3** **DAVIE, FL 33314** | - | | | | X | X | X | **Unknown** |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 46,935.42 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC_____,    Case No. __11-01515 (DHA)__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>KCWL, LLC<br>3170 SOUTH HORSESHOE DRIVE<br>NAPLES, FL 34104 | - | | | Intercompany Account Payable | | | | 3,553.40 |
| Account No.<br><br>LONG RUN, LLC<br>3170 SOUTH HORSESHOE DRIVE<br>NAPLES, FL 34104 | - | | | Non-Residential Lease Agreement Warehouse and Improvements on Exchange Avenue | | | | 7,550.06 |
| Account No.<br><br>MARINE IND ASSN OF COLLIER CO<br>PO BOX 9887<br>NAPLES, FL 34101 | - | | | Trade Payable | | | | 20.00 |
| Account No.<br><br>MERCEDES BENZ OF NAPLES<br>501 AIRPORT-PULLING RD SOUTH<br>NAPLES, FL 34104 | - | | | Trade Payable | | | | 356.24 |
| Account No.<br><br>NAPLES BAY RESORT<br>ACCOUNTS RECEIVABLE<br>NAPLES, FL 34102 | - | | | Trade Payable | | | | 1,385.20 |

Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,864.90**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ _____,    Case No. __11-01515 (DHA)__
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| NAPLES WET SLIP ASSN, INC. 909 10TH STREET SOUTH NAPLES, FL 34102 | - | | | | | | | 1,165.57 |
| Account No. | | | | Insurance Agreement | | | | |
| NATIONAL INTERSTATE INSURANCE COMPANY 3250 INTERSTATE DRIVE RICHFIELD, OH 44286-9000 | - | | | Policy No. EFD483012100 | X | X | X | Unknown |
| Account No. | | | | Adoption Agreement - Non-Standardized 401(K) Profit Sharing Plan | | | | |
| NATIONWIDE FINANCIAL SERVICES, INC. 5900 PARKWOOD PLACE, PW-05-02 DUBLIN, OH 43016 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Payable | | | | |
| NEIERT CONSULTING GROUP PO BOX 112081 NAPLES, FL 34108 | - | | | | | | | 5,506.34 |
| Account No. | | | | Trade Payable | | | | |
| OFFICE DEPOT CREDIT PLAN PO BOX 88040 CHICAGO, IL 60680-1040 | - | | | | | | | 459.03 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,130.94

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ _____ ,    Case No. __11-01515 (DHA)__
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Insurance Agreement - Policy No. 1530595 | | | | |
| OHIO NATIONAL LIFE INSURANCE PO BOX 641004 CINCINATTI, OH 45264-1004 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Payable | | | | |
| OIL EXPRESS 11300 ROCKVILLE PIKE ROCKVILLE, MD 20852-3030 | - | | | | | | | 612.00 |
| Account No. | | | | Trade Payable | | | | |
| PALM PETERBILT 2441 S. STATE RD 7 FORT LAUDERDALE, FL 33317-6999 | - | | | | | | | 3,638.63 |
| Account No. | | | | Trade Payable | | | | |
| PERS P.O. BOX 1560 OGDEN, UT 84402-1560 | - | | | | | | | 392.00 |
| Account No. | | | | Service Agreement | | | | |
| PITNEY BOWES POSTAGE BY PHONE PO BOX 371874 PITTSBURGH, PA 15250-7874 | - | | | | X | X | X | Unknown |

Sheet no. __10__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,642.63

B6F (Official Form 6F) (12/07) - Cont.

In re **Evans Oil Company LLC** , Case No. __11-01515 (DHA)__
                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Payable | | | | |
| **PORT CONSOLIDATED P.O. BOX 350430 FT LAUDERDALE, FL 33335-0430** | - | | | | | | | 8,561.89 |
| Account No. | | | | Trade Payable | | | | |
| **PORTER WRIGHT MORRIS & ARTHUR 9132 STRADA PLACE NAPLES, FL 34108-2683** | - | | | | | | | 1,023.70 |
| Account No. | | | | Service Agreement | | | | |
| **PREMIER SECURITY SYSTEMS, LLC DBA INTERTECH LIFELINK 160 JARI DRIVE SUITE 120 JOHNSTOWN, PA 15904** | - | | | | X | X | X | Unknown |
| Account No. | | | | Insurance Agreement - Property | | | | |
| **PREMIUM ASSIGNMENT CORP. PO BOX 3100 TALLAHASSEE, FL 32315-3100** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Payable | | | | |
| **PRUDENTIAL PO BOX 856138 LOUISVILLE, KY 40285** | - | | | | | | | 5,587.53 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    15,173.12

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ , Case No. __11-01515 (DHA)__
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Vehicle Lease Agreement - 2006 Peterbilt 1XPGDU9X76N646463 | | | | |
| RML, LLC 3170 SOUTH HORSESHOE DRIVE NAPLES, FL 03410-4000 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Litigation | | | | |
| SAIRA WHITIS C/O KELLY AMRITT, ESQ. 6824 GRIFFIN ROAD SUITE 3 DAVIE, FL 33314 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Trade Payable | | | | |
| SHRED-IT 2126 ANDREA LN # 3 FORT MYERS, FL 33912 | - | | | | | | | |
| | | | | | | | | 114.00 |
| Account No. | | | | Trade Payable | | | | |
| SMART GLOBAL TRANSPORTATION 6575 SW 49TH COURT UNIT C FORT LAUDERDALE, FL 33314 | - | | | | | | | |
| | | | | | | | | 225.00 |
| Account No. | | | | Service Agreement | | | | |
| SPRINT PO BOX 219100 KANSAS CITY, MO 64121-9100 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

339.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC__ , Case No. __11-01515 (DHA)__
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| SUN LIFE FINANCIAL PO BOX 7247-0381 PHILADELPHIA, PA 19170-0381 | | - | | | | | | 227.90 |
| Account No. | | | | Trade Payable | | | | |
| SUNCOAST FORMS P.O. BOX 49497 SARASOTA, FL 34230-6497 | | - | | | | | | 0.40 |
| Account No. | | | | Trade Payable | | | | |
| TAMIAMI FORD 1471 AIRPORT ROAD NO. NAPLES, FL 34104 | | - | | | | | | 764.67 |
| Account No. | | | | Trade Payable | | | | |
| TAMPA BAY TRUCK WASH, INC. PO BOX 6990 LAKELAND, FL 33807-6990 | | - | | | | | | 180.00 |
| Account No. | | | | Trade Payable | | | | |
| TELVENT DTN PO BOX 3546 OMAHA, NE 68103-0546 | | - | | | | | | 104.71 |

Sheet no. __13__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,277.68

B6F (Official Form 6F) (12/07) - Cont.

In re __Evans Oil Company LLC_____,    Case No. __11-01515 (DHA)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Payable | | | | |
| THOMPSON LANDSCAPE COMPANY 1803 DANFORD STREET NAPLES, FL 34112 | - | | | | | | | 305.00 |
| Account No. | | | | Trade Payable | | | | |
| TRANSMONTAIGNE ATTN: PRESIDENT OR GENERAL COUNSEL PO BOX 5660 DENVER, CO 80217-5660 | - | | | | | | | 2,590,902.20 |
| Account No. | | | | Service Agreement | | | | |
| TRIMBLE NAVIGATION LIMITED DEPT 33209 PO BOX 39000 SAN FRANCISCO, CA 94139-3209 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Payable | | | | |
| TROPIC OIL CO ATTN: PRESIDENT OR GENERAL COUNSEL 10002 NW 89TH AVE MIAMI, FL 33178-1409 | - | | | | | | | 8,067.10 |
| Account No. | | | | Trade Payable | | | | |
| UNITED OF OMAHA LIFE INS. PREMIUM SERVICES OMAHA, NE 68103 | - | | | | | | | 16,460.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,615,734.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Evans Oil Company LLC**                                        ,    Case No.   __11-01515 (DHA)__
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Trade Payable | | | | |
| UNITED SIGN CO. P.O. BOX 478 MUSKEGON, MI 49443-0478 | - | | | | | | | | 67.77 |
| Account No. | | | | | Trade Payable | | | | |
| VANGUARD CLEANING SYSTEMS 2571 N. TOLEDO BLADE BLVD. NORTH PORT, FL 34289 | - | | | | | | | | 312.70 |
| Account No. | | | | | Service Agreement - Non-Hazardous Waste Management | | | | |
| WASTE MANAGEMENT OF SOUTH FLORIDA 3831 NW 21 ST AVENUE POMPANO BEACH, FL 33073 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Service Agreement | | | | |
| WINDSTREAM NUVOX, INC. 4001 RODNEY PARHAM ROAD LITTLE ROCK, AR 72212 | - | | | | | X | X | X | Unknown |
| Account No. | | | | | Service Agreement | | | | |
| XM SATELLITE RADIO INC PO BOX 9001399 LOUISVILLE, KY 40290-1399 | - | | | | | X | X | X | Unknown |

| | |
|---|---|
| Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **380.47** |
| | Total (Report on Summary of Schedules)   **2,764,112.32** |

B6G (Official Form 6G) (12/07)

.

In re  **Evans Oil Company LLC**                                              Case No.  __11-01515 (DHA)__
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ARAMARK UNIFORM SERVICES**<br>**2817 N 35TH ST**<br>**TAMPA, FL 33605-3123** | **Service Agreement** |
| **AT&T WIRELESS**<br>**PO BOX 6463**<br>**CAROL STREAM, IL 60197-6463** | **Service Agreement - Acct No. 836611339** |
| **AT&T WIRELESS**<br>**PO BOX 6463**<br>**CAROL STREAM, IL 60197-6463** | **Service Agreement - Acct No. 839511356** |
| **BLUECROSS BLUESHIELD OF FLORIDA**<br>**4800 DEERWOOD CAMPUS PKWY**<br>**JACKSONVILLE, FL 32246** | **Insurance Agreement - Health Benefit Plan 3160** |
| **BLUECROSS BLUESHIELD OF FLORIDA**<br>**4800 DEERWOOD CAMPUS PKWY**<br>**JACKSONVILLE, FL 32246** | **Insurance Agreement - Health Benefit Plan 3161** |
| **BLUECROSS BLUESHIELD OF FLORIDA**<br>**4800 DEERWOOD CAMPUS PKWY**<br>**JACKSONVILLE, FL 32246** | **Insurance Agreement - Health Benefit Plan 3564** |
| **CITY OF NAPLES FLORIDA**<br>**PO BOX 12124**<br>**NAPLES, FL 34101-2124** | **Service Agreement - Utility (Water)** |
| **COPY CONCEPTS, INC.**<br>**11901 METRO PARKWAY**<br>**FT. MYERS, FL 33912** | **Equipment Lease and Service Agreement** |
| **DM2 SOFTWARE**<br>**7700 NE GREENWOOD DR**<br>**VANCOUVER, WA 98662** | **Service Agreement - Software Maintence Contract** |
| **FEDERATED INSURANCE**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**PO BOX 328**<br>**OWATONNA, MN 55060** | **Insurance Agreement - Policy No. 202384** |
| **FEDERATED INSURANCE**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**PO BOX 328**<br>**OWATONNA, MN 55060** | **Insurance Agreement - Policy No. 204331** |

**3**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Evans Oil Company LLC**                                    Case No. __11-01515 (DHA)__
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| FIRST INSURANCE FUNDING CORP<br>450 SKOKIE BLVD<br>SUITE 1000<br>NORTHBROOK, IL 60062 | Insurance Agreement |
| FLORIDA POWER & LIGHT<br>PO BOX 025576<br>MIAMI, FL 33102 | Service Agreement - Utility (Electricity) |
| KCWL, LLC<br>3170 SOUTH HORSESHOE DRIVE<br>NAPLES, FL 34104 | Non-Residential Lease Agreement - Intercompany |
| LONG RUN, LLC<br>3170 SOUTH HORSESHOE DRIVE<br>NAPLES, FL 34104 | Non-Residential Lease Agreement - Warehouse and Improvements on Exchange Avenue |
| NATIONAL INTERSTATE INSURANCE COMPANY<br>3250 INTERSTATE DRIVE<br>RICHFIELD, OH 44286-9000 | Insurance Agreement - Policy No. EFD 4830121 00 |
| NATIONWIDE FINANCIAL SERVICES, INC.<br>5900 PARKWOOD PLACE, PW-05-02<br>DUBLIN, OH 43016 | Adoption Agreement - Non-Standardized 401(K) Profit Sharing Plan |
| OHIO NATIONAL LIFE INSURANCE<br>PO BOX 641004<br>CINCINATTI, OH 45264-1004 | Insurance Agreement - Policy No. 1530595 |
| OHIO NATIONAL LIFE INSURANCE<br>PO BOX 641004<br>CINCINATTI, OH 45264-1004 | Insurance Agreement - Policy No. 6710606 |
| PATRIOT CAPITAL CORPORATION<br>5825 GLENRIDGE DRIVE<br>SUITE 212<br>ATLANTA, GA 30328 | EFA Corporate Guaranty -  Agreement No. 7225228<br>2007 Peterbuilt 1NPSL00X78D742910; Nature of Interest: Guarantor |
| PATRIOT CAPITAL CORPORATION<br>5825 GLENRIDGE DRIVE<br>SUITE 212<br>ATLANTA, GA 30328 | Corporate Guaranty; Equipment Financing Agreement No. 6000627<br>Nature of Intereset: Guarantor |
| PITNEY BOWES<br>POSTAGE BY PHONE<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 | Service Agreement |
| PREMIER SECURITY SYSTEMS, LLC<br>DBA INTERTECH LIFELINK<br>160 JARI DRIVE<br>SUITE 120<br>JOHNSTOWN, PA 15904 | Service Agreement |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Evans Oil Company LLC**
_____ ,    Case No.    **11-01515 (DHA)**
                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **PREMIUM ASSIGNMENT CORP.**<br>**PO BOX 3100**<br>**TALLAHASSEE, FL 32315-3100** | **Insurance Agreement - Property** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2006 Peterbilt**<br>**1XPGDU9X76N646463; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement -  2007 Peterbilt**<br>**1NPALT0X67N667042, 2006 ALMAC LP45A Tank**<br>**Body 05-12890; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement -  2007 Peterbilt**<br>**1XPGDU9XX7N692306; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2007 Peterbilt**<br>**1NPALT0X87N667043/2006 ALMAC Tank 05-12892;**<br>**Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2007 Peterbilt**<br>**1XPGDU9X17N692307; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Peterbilt**<br>**1NPSL00X08D742912; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Peterbilt**<br>**1NPSL00X480742914/Tank 07-13545; Nature of**<br>**Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Peterbilt**<br>**1NPSL00X98D742911/Tank 601772-C0209; Nature**<br>**of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Peterbilt**<br>**1XPVD09X68D745820; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Peterbilt**<br>**2NPLHM6598M746889/2008 Peterbilt**<br>**2NPLHM6X98M746890; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 03410-4000** | **Vehicle Lease Agreement - 2008 Polar Tanker**<br>**1PMA2442585007652; Nature of Interest: Lessee** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **Vehicle Lease Agreement - Peterbilt Mode 384 Tractor**<br>**VIN No. 1XPVDO9X79D785860; Nature of Interest: Lessee** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Evans Oil Company LLC** _____,    Case No. ___**11-01515 (DHA)**_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **Vehicle Lease Agreement - Peterbilt Mode 384 Tractor**<br>**VIN No. 1XPVDO9X99D785861; Nature of Interest: Lessee** |
| **SHRED-IT USA INC.**<br>**2126 ANDREA LANE No. 3**<br>**FORT MYERS, FL 33912** | **Service Agreement** |
| **SPRINT**<br>**PO BOX 219100**<br>**KANSAS CITY, MO 64121-9100** | **Service Agreement** |
| **TRIMBLE NAVIGATION LIMITED**<br>**DEPT 33209**<br>**PO BOX 39000**<br>**SAN FRANCISCO, CA 94139-3209** | **Service Agreement - Installation and Service Plan**<br>**Subscription Agreement** |
| **VANGUARD CLEANING SERVICES**<br>**8695 COLLEGE PARKWAY**<br>**FORT MYERS, FL 33919** | **Service Agreement - Cleaning/Janitorial Services** |
| **WASTE MANAGEMENT OF SOUTH FLORIDA**<br>**3831 NW 21 ST AVENUE**<br>**POMPANO BEACH, FL 33073** | **Service Agreement - Non-Hazardous Waste**<br>**Management** |
| **WINDSTREAM NUVOX, INC.**<br>**4001 RODNEY PARHAM ROAD**<br>**LITTLE ROCK, AR 72212** | **Service Agreement** |
| **XM SATELLITE RADIO INC**<br>**PO BOX 9001399**<br>**LOUISVILLE, KY 40290-1399** | **Service Agreement** |

Sheet __**3**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Evans Oil Company LLC**                                                    Case No.   **11-01515 (DHA)**
                                                          ,
                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **KCWL, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |
| **LONG EQUIPMENT FINANCE, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |
| **LONG PETROLEUM PRODUCTS LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |
| **LONG RUN, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |
| **OCTANE, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |
| **RANDY M. LONG**<br>**2888 TIBURON BLVD EAST**<br>**NAPLES, FL 34109** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Guaranty - Amended and Restated Credit Agreement** |
| **RML, LLC**<br>**3170 SOUTH HORSESHOE DRIVE**<br>**NAPLES, FL 34104** | **FIFTH THIRD BANK**<br>**ATTN: PRESIDENT OR GENERAL COUNSEL**<br>**1000 TOWN CENTER #1400**<br>**SOUTHFIELD, MI 48075**<br>  **Amended and Restated Credit Agreement** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Evans Oil Company LLC**

Case No.  **11-01515 (DHA)**

Debtor(s)

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**50**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  1, 2011**

Signature  **/s/ Randy M. Long**

**Randy M. Long**
**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Evans Oil Company LLC**      Case No.    **11-01515 (DHA)**

                        Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| ($174,191.05) | YTD 01/31/11 - Net Loss from Operation of Business |
| $166,599.64 | FYE 12/31/10 - Net Income from Operation of Business |
| ($319,864.64) | FYE 12/31/09 - Net Loss from Operation of Business |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $507.22 | YTD 01/31/11 - Finance Charge Income |
| $305.21 | YTD 01/31/11 - Interest Income |
| $6,418.06 | FYE 12/31/10 - Finance Charge Income |
| $14,296.14 | FYE 12/31/10 - Interest Income |
| $22,136.51 | FYE 12/31/09 - Finance Charge Income |
| $4,126.94 | FYE 12/31/09 - Gain on trade of securities |
| ($505,515.00) | FYE 12/31/09 - Impairment Loss |
| $7,620.38 | FYE 12/31/09 - Interest Income |
| $630,492.65 | FYE 12/31/09 - Management Fee Income |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3b** | | | |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See Attachment 4a** | | | |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**See Attachment 9**

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

**13. Setoffs**

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **See Attachment 13** | | |

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |
| **Please also see the Global Notes** | | | |

None ☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **FDEP Facility ID No. 9809570 Interstate 75 Northbound, Exit Ramp onto SR-29 Miles City, Collier County, FL** | **Florida Department of Environmental Protection 3900 Commonwealth Boulevard M.S. 49 Tallahassee, FL 32399-0000** | **August 2007** | **Chapter 62-777 of the Florida Administrative Code** |

None ☐   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                      DOCKET NUMBER                                          STATUS OR DISPOSITION
**Please also see the Global Notes**

---

### 18 . Nature, location and name of business

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Christopher Courtney** | **01/30/09 to Present** |
| **Chief Financial Officer** | |
| **3170 South Horseshoe Drive** | |
| **Naples, FL 34104** | |
| | |
| **Daniel Moelius** | **12/06/09 to Present** |
| **Controller** | |
| **3170 South Horseshoe Drive** | |
| **Naples, FL 34104** | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Hill, Barth & King, LLC** | **Attn: Barry F. Holes** | **FYE 2008 and 2009 (Financial Review of** |
| | **3838 Tamiami Trail North** | **Earning Statements)** |
| | **Suite 200** | |
| | **Naples, FL 34103** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Christopher Courtney** | **3170 South Horseshoe Drive** |
| | **Naples, FL 34104** |
| | |
| **Daniel Moelius** | **3170 South Horseshoe Drive** |
| | **Naples, FL 34104** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **See Attachment 19d** | |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12/31/10** | **Paul Sheller, Warehouse Manager** | **$1,986,277.71** |
| **01/30/11** | **Paul Sheller, Warehouse Manager** | **$1,922,123.87** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/10** | **Daniel Moelius, Controller** |
| | **3627 Exchange Avenue** |
| | **Naples, FL 34104** |
| | |
| **01/30/11** | **Daniel Moelius, Controller** |
| | **3170 South Horseshoe** |
| | **Naples, FL 34104** |

8

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Randy M. Long**<br>**3170 S. Horseshoe Drive**<br>**Naples, FL 34104** | **Manager** | |
| **The Randy M. Long Revocable Trust U/A**<br>**Dated 1/3/2000**<br>**c/o Randy M. Long, Trustee**<br>**3170 S. Horseshoe Drive**<br>**Naples, FL 34104** | **Member** | **100% Membership Interest** |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attachment 23** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Evans Oil Company 401(k) Summary Plan** | **65-1069593** |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**March  1, 2011**__          Signature    __**/s/ Randy M. Long**__
                                                   **Randy M. Long**
                                                   **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ADAMS TANK & LIFT, INC. PINELLAS PARK MAIN OFFICE CLEARWATER FL 33762 | | | |
| | 11/18/10 | $891.65 | |
| | 11/24/10 | $268.75 | |
| | 12/22/10 | $551.90 | |
| | 12/29/10 | $24,457.00 | |
| | 01/13/11 | $497.50 | |
| | | $26,666.80 | |
| AMERICAN EXPRESS PO BOX 36001 FORT LAUDERDALE FL 33336-0001 | | | |
| | 11/04/10 | $40,238.63 | |
| | 12/08/10 | $95,759.31 | |
| | 01/05/11 | $86,567.16 | |
| | | $222,565.10 | |
| BEST LINE OIL CO. 219 N. 20TH STREET TAMPA FL 33605 | | | |
| | 11/10/10 | $2,462.05 | |
| | 12/22/10 | $4,035.71 | |
| | | $6,497.76 | |
| BLUECROSS BLUESHIELD OF FLA P.O. BOX 105358 ATLANTA GA 30348-5358 | | | |
| | 12/03/10 | $20,219.46 | |
| | 01/24/11 | $25,452.06 | |
| | | $45,671.52 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
#### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CHEVRON PRODUCTS COMPANY<br>6001 BOLLINGER CANYON RD.<br>SAN RAMON CA 94583 | | | |
| | 11/01/10 | $630,511.32 | |
| | 11/01/10 | $197.00 | |
| | 11/01/10 | $44.32 | |
| | 11/02/10 | $98,865.91 | |
| | 11/02/10 | $24.62 | |
| | 11/03/10 | $118,954.70 | |
| | 11/04/10 | $98.50 | |
| | 11/04/10 | $117,402.41 | |
| | 11/05/10 | $178,153.81 | |
| | 11/08/10 | $59.10 | |
| | 11/08/10 | $457,786.72 | |
| | 11/09/10 | $197.00 | |
| | 11/09/10 | $107,911.61 | |
| | 11/10/10 | $60,026.78 | |
| | 11/12/10 | $393,864.92 | |
| | 11/15/10 | $695,743.38 | |
| | 11/15/10 | $73.87 | |
| | 11/16/10 | $121,234.10 | |
| | 11/17/10 | $394.00 | |
| | 11/17/10 | $43,687.39 | |
| | 11/18/10 | $176,861.80 | |
| | 11/19/10 | $421,483.00 | |
| | 11/19/10 | $188,660.46 | |
| | 11/19/10 | $1,674.50 | |
| | 11/22/10 | $524,519.12 | |
| | 11/22/10 | $115,483.55 | |
| | 11/22/10 | $101,086.91 | |
| | 11/22/10 | $59.10 | |
| | 11/24/10 | $64,764.69 | |
| | 11/26/10 | $199.17 | |
| | 11/26/10 | $453.68 | |
| | 11/26/10 | $152,303.33 | |
| | 11/30/10 | $29.55 | |
| | 11/30/10 | $775,031.42 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CHEVRON PRODUCTS COMPANY 6001 BOLLINGER CANYON RD. SAN RAMON CA 94583 | | | |
| | 11/30/10 | $161,425.43 | |
| | 12/01/10 | $78,941.10 | |
| | 12/02/10 | $160,181.07 | |
| | 12/03/10 | $98.50 | |
| | 12/03/10 | $246,153.91 | |
| | 12/06/10 | $345,243.43 | |
| | 12/06/10 | $19.70 | |
| | 12/07/10 | $82,712.67 | |
| | 12/08/10 | $41,280.57 | |
| | 12/09/10 | $213,075.23 | |
| | 12/09/10 | $216.70 | |
| | 12/10/10 | $267,600.12 | |
| | 12/13/10 | $718,306.35 | |
| | 12/13/10 | $108.35 | |
| | 12/13/10 | $261.02 | |
| | 12/14/10 | $104,030.35 | |
| | 12/15/10 | $68.95 | |
| | 12/15/10 | $59,122.18 | |
| | 12/16/10 | $202,986.70 | |
| | 12/16/10 | $19.70 | |
| | 12/17/10 | $175,122.00 | |
| | 12/17/10 | $249,553.08 | |
| | 12/17/10 | $52,455.20 | |
| | 12/17/10 | $985.00 | |
| | 12/20/10 | $432,652.89 | |
| | 12/20/10 | $367,814.73 | |
| | 12/20/10 | $78.80 | |
| | 12/20/10 | $118.20 | |
| | 12/21/10 | $68.95 | |
| | 12/21/10 | $179,677.27 | |
| | 12/22/10 | $55,495.66 | |
| | 12/22/10 | $49.25 | |
| | 12/23/10 | $147,799.39 | |
| | 12/23/10 | $443.25 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
#### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CHEVRON PRODUCTS COMPANY 6001 BOLLINGER CANYON RD. SAN RAMON CA 94583 | | | |
| | 12/24/10 | $78.80 | |
| | 12/24/10 | $194,770.69 | |
| | 12/27/10 | $575,420.65 | |
| | 12/27/10 | $425.82 | |
| | 12/27/10 | $132.97 | |
| | 12/27/10 | $723.96 | |
| | 12/27/10 | $164.66 | |
| | 12/28/10 | $82,358.43 | |
| | 12/28/10 | $24.62 | |
| | 12/29/10 | $63,273.13 | |
| | 12/30/10 | $238,132.47 | |
| | 12/31/10 | $165,806.08 | |
| | 01/03/11 | $616,670.78 | |
| | 01/03/11 | $55,062.36 | |
| | 01/03/11 | $197.00 | |
| | 01/03/11 | $98.50 | |
| | 01/04/11 | $43,622.16 | |
| | 01/05/11 | $44,782.06 | |
| | 01/06/11 | $62,473.09 | |
| | 01/06/11 | $24.62 | |
| | 01/07/11 | $117,451.56 | |
| | 01/10/11 | $341,824.38 | |
| | 01/11/11 | $94,818.27 | |
| | 01/12/11 | $25,598.19 | |
| | 01/13/11 | $119,248.55 | |
| | 01/13/11 | $591.00 | |
| | 01/14/11 | $207,150.43 | |
| | 01/18/11 | $632,810.21 | |
| | 01/18/11 | $24.62 | |
| | 01/19/11 | $85,448.60 | |
| | 01/19/11 | $406,547.87 | |
| | 01/20/11 | $170,064.31 | |
| | 01/20/11 | $394.00 | |
| | 01/21/11 | $190,554.25 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| CHEVRON PRODUCTS COMPANY 6001 BOLLINGER CANYON RD. SAN RAMON CA 94583 | | | |
| | 01/24/11 | $586,261.74 | |
| | 01/25/11 | $126,451.31 | |
| | 01/25/11 | $405.46 | |
| | 01/25/11 | $16.59 | |
| | 01/26/11 | $69,799.05 | |
| | 01/27/11 | $100,991.21 | |
| | 01/27/11 | $492.50 | |
| | 01/28/11 | $92,314.53 | |
| | | $15,405,508.92 | |
| COLLIER CO. TAX COLLECTOR RENEWAL NOTICE NAPLES FL 34104 | | | |
| | 11/19/10 | $38,667.40 | |
| | 12/30/10 | $503.52 | |
| | 12/30/10 | $35,163.49 | |
| | 12/30/10 | $659.19 | |
| | 12/30/10 | $8,555.60 | |
| | 12/30/10 | $6,246.30 | |
| | 12/30/10 | $6,785.10 | |
| | 12/30/10 | $1,338.83 | |
| | | $97,919.43 | |
| COLLIER TIRE CENTER 3906 EXCHANGE AVENUE NAPLES FL 34104 | | | |
| | 11/03/10 | $6,212.53 | |
| | 12/03/10 | $12,547.32 | |
| | 12/15/10 | $5,570.33 | |
| | 01/05/11 | $12,396.63 | |
| | 01/13/11 | $918.45 | |
| | | $37,645.26 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| DR. MICHAEL GALLOPS<br>5515 BRYSON DR<br>NAPLES FL 34109 | | | |
| | 12/27/10 | $7,000.00 | |
| EVANS OIL PAYROLL ACCOUNT<br>3170 S. HORSESHOE DRIVE<br>NAPLES FL 34104 | | | |
| | 11/04/10 | $119,969.35 | |
| | 12/02/10 | $121,871.26 | |
| | 12/16/10 | $123,150.74 | |
| | 12/29/10 | $119,119.42 | |
| | 01/12/11 | $128,183.87 | |
| | | $612,294.64 | |
| EVERGLADES PETROLEUM<br>2600 S. MIAMI ROAD<br>HOLLYWOOD FL 33316 | | | |
| | 11/03/10 | $327.19 | |
| | 11/10/10 | $1,726.15 | |
| | 11/24/10 | $2,111.71 | |
| | 12/10/10 | $2,982.34 | |
| | | $7,147.39 | |
| FCCI INSURANCE CO.<br>P.O. BOX 405563<br>ATLANTA GA 30384-5563 | | | |
| | 11/03/10 | $10,659.95 | |
| | 12/03/10 | $12,094.62 | |
| | 01/05/11 | $12,170.62 | |
| | | $34,925.19 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| FEDERATED INSURANCE P.O. BOX 328 OWATONNA MN 55060 | | | |
| | 01/05/11 | $26,770.29 | |
| FIFTH THIRD MASTERCARD P.O. BOX 740523 CINCINNATI OH 45274-0523 | | | |
| | 11/18/10 | $6,988.56 | |
| | 12/22/10 | $6,655.13 | |
| | | $13,643.69 | |
| FINA  LUBRICANTS USA 400 CHISHOLM PLACE, STE 418 PLANO TX 75075 | | | |
| | 11/05/10 | $13,363.49 | |
| | 11/09/10 | $6,650.62 | |
| | 11/19/10 | $3,196.38 | |
| | 11/23/10 | $15,144.77 | |
| | 11/30/10 | $8,794.32 | |
| | 12/07/10 | $6,852.16 | |
| | 12/14/10 | $8,918.63 | |
| | 12/23/10 | $4,353.63 | |
| | 12/28/10 | $15,603.71 | |
| | 12/29/10 | $8,501.82 | |
| | 12/31/10 | $3,426.34 | |
| | 01/11/11 | $25,169.87 | |
| | 01/19/11 | $2,581.92 | |
| | | $122,557.66 | |
| FIRST INSURANCE FUNDING CORP 450 SKOKIE BLVD, STE 1000 NORTHBROOK IL 60062 | | | |
| | 11/03/10 | $30,796.71 | |
| | 12/10/10 | $30,796.71 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| FIRST INSURANCE FUNDING CORP 450 SKOKIE BLVD, STE 1000 NORTHBROOK IL 60062 | | | |
| | 01/05/11 | $30,796.71 | |
| | | $92,390.13 | |
| HILL, BARTH & KING, LLC 3838 TAMIAMI TRAIL N NAPLES FL 34103 | | | |
| | 11/24/10 | $2,847.00 | |
| | 12/22/10 | $1,088.00 | |
| | 01/24/11 | $15,000.00 | |
| | 01/24/11 | $10,005.00 | |
| | 01/27/11 | $10,204.00 | |
| | | $39,144.00 | |
| IMAGE PROMOTIONS PO BOX 1327 CALVERT CITY KY 42029 | | | |
| | 01/27/11 | $7,188.76 | |
| JAGUAR-LANDROVER-ASTON MARTIN 850 NORTH TAMIAMI TRAIL NAPLES FL 34102 | | | |
| | 11/01/10 | $7,500.00 | |
| | 11/01/10 | $7,500.00 | |
| | | $15,000.00 | |
| JMP SOLUTIONS, INC. 12065 METRO PARKWAY FORT MYERS FL 33966 | | | |
| | 11/11/10 | $26,118.00 | |
| | 12/15/10 | $3,459.44 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JMP SOLUTIONS, INC. 12065 METRO PARKWAY FORT MYERS FL 33966 | | | |
| | 01/13/11 | $16,663.76 | |
| | | $46,241.20 | |
| LONG EQUIPMENT FINANCE LLC 3170 S. HORSESHOE DRIVE NAPLES FL 34104 | | | |
| | 11/05/10 | $7,073.42 | |
| | 12/07/10 | $2,822.97 | |
| | 12/13/10 | $3,906.06 | |
| | 01/10/11 | $4,250.45 | |
| | | $18,052.90 | |
| NAPLES WET SLIP ASSN, INC. 909 10TH STREET SOUTH NAPLES FL 34102 | | | |
| | 11/18/10 | $2,869.59 | |
| | 01/05/11 | $3,748.00 | |
| | | $6,617.59 | |
| NEIERT CONSULTING GROUP PO BOX 112081 NAPLES FL 34108 | | | |
| | 11/24/10 | $1,732.20 | |
| | 12/03/10 | $679.12 | |
| | 12/15/10 | $4,777.00 | |
| | | $7,188.32 | |
| NORTHERN TRUST BANK 75 REMITTANCE DR STE 6998 CHICAGO IL 60675-6998 | | | |
| | 11/01/10 | $6,168.59 | |
| | 12/01/10 | $6,204.11 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NORTHERN TRUST BANK 75 REMITTANCE DR STE 6998 CHICAGO IL 60675-6998 | | | |
| | 01/03/11 | $6,160.19 | |
| | | $18,532.89 | |
| OCTANE, LLC 3170 S. HORSESHOE DRIVE NAPLES FL 34104 | | | |
| | 11/22/10 | $24,899.12 | |
| | 12/20/10 | $24,899.12 | |
| | 01/13/11 | $3,000.00 | |
| | 01/17/11 | $1,840.12 | |
| | 01/26/11 | $25,022.23 | |
| | | $79,660.59 | |
| OHIO NATIONAL LIFE INSURANCE PO BOX 641004 CINCINATTI OH 45264-1004 | | | |
| | 11/24/10 | $7,537.38 | |
| | 12/22/10 | $1,501.24 | |
| | 12/22/10 | $7,241.57 | |
| | | $16,280.19 | |
| ORLANDO DRUM 4880 HOFFNER AVENUE ORLANDO FL 32812 | | | |
| | 11/10/10 | $4,573.00 | |
| | 01/05/11 | $2,691.00 | |
| | | $7,264.00 | |
| PALM PETERBILT 2441 S. STATE RD 7 FORT LAUDERDALE FL 33317-6999 | | | |
| | 11/10/10 | $8,139.47 | |

### Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| PALM PETERBILT<br>2441 S. STATE RD 7<br>FORT LAUDERDALE FL 33317-6999 | | | |
| | 12/10/10 | $9,255.47 | |
| | 01/13/11 | $5,616.94 | |
| | | $23,011.88 | |
| PORT CONSOLIDATED<br>P.O. BOX 350430<br>FT LAUDERDALE FL 33335-0430 | | | |
| | 11/03/10 | $2,220.73 | |
| | 11/10/10 | $1,456.00 | |
| | 11/18/10 | $1,230.07 | |
| | 11/24/10 | $1,127.61 | |
| | 12/03/10 | $1,531.67 | |
| | 12/10/10 | $1,172.84 | |
| | 12/15/10 | $626.51 | |
| | 12/22/10 | $2,578.42 | |
| | 12/29/10 | $904.48 | |
| | 01/05/11 | $1,621.94 | |
| | 01/13/11 | $2,525.28 | |
| | | $16,995.55 | |
| PREMIUM ASSIGNMENT CORP.<br>P.O. BOX 3100<br>TALLAHASSEE FL 32315-3100 | | | |
| | 11/03/10 | $2,566.95 | |
| | 12/03/10 | $2,566.95 | |
| | 01/05/11 | $2,566.95 | |
| | | $7,700.85 | |
| RML, LLC<br>3170 S. HORSESHOE DRIVE<br>NAPLES FL 34104 | | | |
| | 11/05/10 | $19,528.05 | |
| | 11/15/10 | $40,651.89 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| RML, LLC<br>3170 S. HORSESHOE DRIVE<br>NAPLES FL 34104 | | | |
| | 11/22/10 | $38,513.20 | |
| | 11/29/10 | $38,825.41 | |
| | 12/06/10 | $26,847.81 | |
| | 12/13/10 | $52,105.18 | |
| | 12/20/10 | $23,871.13 | |
| | 01/03/11 | $27,070.74 | |
| | 01/05/11 | $27,070.74 | |
| | 01/10/11 | $15,833.29 | |
| | 01/17/11 | $30,000.85 | |
| | | $340,318.29 | |
| SCHAEFFER MFG. CO.<br>13127 LOBLOLLY LANE<br>CLERMONT FL 34711 | | | |
| | 11/16/10 | $7,623.01 | |
| SHANNON LONG<br>266 CENTRAL AVE<br>NAPLES FL 34102 | | | |
| | 11/01/10 | $8,000.00 | |
| | 11/01/10 | $9,000.00 | |
| | 12/01/10 | $8,000.00 | |
| | 12/01/10 | $9,000.00 | |
| | 01/03/11 | $9,000.00 | |
| | 01/03/11 | $8,000.00 | |
| | | $51,000.00 | |
| SPRINT<br>P.O. BOX 219100<br>KANSAS CITY MO 64121-9100 | | | |
| | 11/10/10 | $76.82 | |
| | 11/18/10 | $3,046.49 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SPRINT<br>P.O. BOX 219100<br>KANSAS CITY MO 64121-9100 | | | |
| | 12/10/10 | $78.47 | |
| | 12/15/10 | $3,312.86 | |
| | 01/13/11 | $75.30 | |
| | 01/19/11 | $3,414.00 | |
| | | $10,003.94 | |
| TRANSMONTAIGNE<br>PO BOX 5660<br>DENVER CO 80217-5660 | | | |
| | 11/01/10 | $364,144.25 | |
| | 11/01/10 | $71,713.34 | |
| | 11/02/10 | $38,217.54 | |
| | 11/03/10 | $69,823.13 | |
| | 11/04/10 | $222,153.56 | |
| | 11/04/10 | $36,794.05 | |
| | 11/05/10 | $317,059.54 | |
| | 11/05/10 | $86,545.47 | |
| | 11/08/10 | $326,892.65 | |
| | 11/08/10 | $72,731.94 | |
| | 11/09/10 | $128,177.26 | |
| | 11/09/10 | $17,118.63 | |
| | 11/10/10 | $89,013.98 | |
| | 11/12/10 | $496,148.77 | |
| | 11/12/10 | $52,287.59 | |
| | 11/15/10 | $383,354.43 | |
| | 11/16/10 | $95,502.30 | |
| | 11/17/10 | $57,574.25 | |
| | 11/17/10 | $101,509.80 | |
| | 11/18/10 | $36,703.21 | |
| | 11/18/10 | $163,096.18 | |
| | 11/19/10 | $581,191.58 | |
| | 11/19/10 | $237,770.93 | |
| | 11/22/10 | $321,012.75 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| TRANSMONTAIGNE<br>PO BOX 5660<br>DENVER CO 80217-5660 | | | |
| | 11/22/10 | $18,182.41 | |
| | 11/23/10 | $131,571.49 | |
| | 11/24/10 | $200,897.01 | |
| | 11/24/10 | $75,576.43 | |
| | 11/26/10 | $319,956.67 | |
| | 11/26/10 | $308,606.25 | |
| | 11/29/10 | $172,925.69 | |
| | 11/29/10 | $122,250.89 | |
| | 11/30/10 | $94,450.83 | |
| | 12/01/10 | $105,244.79 | |
| | 12/01/10 | $112,745.90 | |
| | 12/02/10 | $215,337.00 | |
| | 12/02/10 | $80,794.75 | |
| | 12/03/10 | $245,593.70 | |
| | 12/03/10 | $194,729.53 | |
| | 12/03/10 | $342,409.79 | |
| | 12/06/10 | $74,326.50 | |
| | 12/06/10 | $247,595.87 | |
| | 12/07/10 | $91,733.73 | |
| | 12/08/10 | $200,377.36 | |
| | 12/08/10 | $78,312.53 | |
| | 12/09/10 | $17,981.25 | |
| | 12/10/10 | $198,233.17 | |
| | 12/10/10 | $291,831.49 | |
| | 12/13/10 | $345,260.72 | |
| | 12/13/10 | $39,661.87 | |
| | 12/14/10 | $200,129.67 | |
| | 12/14/10 | $248,857.46 | |
| | 12/14/10 | $41,782.48 | |
| | 12/15/10 | $41,366.82 | |
| | 12/16/10 | $57,630.92 | |
| | 12/17/10 | $399,642.11 | |
| | 12/17/10 | $130,684.53 | |
| | 12/20/10 | $139,807.41 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| TRANSMONTAIGNE<br>PO BOX 5660<br>DENVER CO 80217-5660 | | | |
| | 12/20/10 | $241,726.53 | |
| | 12/21/10 | $195,665.03 | |
| | 12/21/10 | $21,566.20 | |
| | 12/22/10 | $98,520.96 | |
| | 12/23/10 | $53,158.51 | |
| | 12/23/10 | $237,247.18 | |
| | 12/24/10 | $206,499.97 | |
| | 12/24/10 | $156,148.92 | |
| | 12/27/10 | $38,686.84 | |
| | 12/27/10 | $474,969.78 | |
| | 12/28/10 | $136,353.63 | |
| | 12/29/10 | $57,778.02 | |
| | 12/29/10 | $95,088.75 | |
| | 12/30/10 | $169,862.49 | |
| | 12/30/10 | $72,281.79 | |
| | 12/31/10 | $39,760.28 | |
| | 12/31/10 | $303,846.91 | |
| | 01/03/11 | $150,271.65 | |
| | 01/03/11 | $313,410.87 | |
| | 01/04/11 | $86,109.10 | |
| | 01/05/11 | $115,799.83 | |
| | 01/05/11 | $61,862.38 | |
| | 01/05/11 | $121,612.01 | |
| | 01/06/11 | $369,704.13 | |
| | 01/07/11 | $288,000.44 | |
| | 01/07/11 | $151,351.67 | |
| | 01/07/11 | $60,002.34 | |
| | 01/10/11 | $289,270.50 | |
| | 01/10/11 | $195,533.32 | |
| | 01/11/11 | $59,555.14 | |
| | 01/11/11 | $69,475.27 | |
| | 01/11/11 | $105,897.83 | |
| | 01/12/11 | $55,088.97 | |
| | 01/12/11 | $22,506.49 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
#### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| TRANSMONTAIGNE PO BOX 5660 DENVER CO 80217-5660 | | | |
| | 01/13/11 | $110,086.47 | |
| | 01/13/11 | $69,407.77 | |
| | 01/13/11 | $249,461.46 | |
| | 01/14/11 | $308,568.78 | |
| | 01/14/11 | $200,128.20 | |
| | 01/14/11 | $41,056.96 | |
| | 01/18/11 | $19,974.40 | |
| | 01/18/11 | $615,579.43 | |
| | 01/19/11 | $90,117.83 | |
| | 01/19/11 | $374,452.01 | |
| | 01/20/11 | $203,194.62 | |
| | 01/20/11 | $96,605.32 | |
| | 01/20/11 | $22,124.27 | |
| | 01/21/11 | $95,338.74 | |
| | 01/21/11 | $88,469.31 | |
| | 01/21/11 | $1.00 | |
| | 01/24/11 | $488,215.12 | |
| | 01/25/11 | $255,014.62 | |
| | 01/25/11 | $42,974.38 | |
| | 01/26/11 | $61,644.85 | |
| | 01/27/11 | $122,402.55 | |
| | 01/27/11 | $386,918.44 | |
| | | $19,009,376.41 | |
| TROPIC OIL CO 10002 N.W. 89TH AVE MIAMI FL 33178-1409 | | | |
| | 11/10/10 | $8,889.79 | |
| | 12/03/10 | $6,826.35 | |
| | 01/05/11 | $5,671.84 | |
| | 01/13/11 | $5,666.99 | |
| | | $27,054.97 | |

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| VALERO<br>PO BOX 696000<br>SAN ANTONIO TX 78269 | | | |
| | 11/01/10 | $37,827.38 | |
| | 11/02/10 | $18,932.91 | |
| | 11/03/10 | $36,071.76 | |
| | 11/04/10 | $55,340.52 | |
| | 11/08/10 | $20,113.65 | |
| | 11/10/10 | $39,442.72 | |
| | 11/12/10 | $97,903.01 | |
| | 11/15/10 | $82,411.37 | |
| | 11/16/10 | $38,924.07 | |
| | 11/17/10 | $39,130.77 | |
| | 11/18/10 | $18,339.32 | |
| | 11/22/10 | $109,120.24 | |
| | 11/23/10 | $35,440.27 | |
| | 11/24/10 | $22,716.43 | |
| | 11/29/10 | $9,896.34 | |
| | 12/06/10 | $69,696.13 | |
| | 12/13/10 | $19,017.59 | |
| | 12/14/10 | $18,794.44 | |
| | 12/15/10 | $18,765.79 | |
| | 12/16/10 | $46,400.42 | |
| | 12/17/10 | $21,466.15 | |
| | 12/20/10 | $127,948.88 | |
| | 12/21/10 | $38,741.09 | |
| | 12/22/10 | $38,609.88 | |
| | 12/23/10 | $63,278.96 | |
| | 12/27/10 | $22,309.73 | |
| | 12/28/10 | $7,011.86 | |
| | 12/29/10 | $2,860.50 | |
| | 01/03/11 | $50,058.61 | |
| | 01/04/11 | $25,031.04 | |
| | 01/06/11 | $25,459.95 | |
| | 01/07/11 | $50,020.56 | |
| | 01/10/11 | $94,065.12 | |
| | 01/12/11 | $21,530.45 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| VALERO PO BOX 696000 SAN ANTONIO TX 78269 | | | |
| | 01/13/11 | $60,174.44 | |
| | 01/14/11 | $25,422.95 | |
| | 01/18/11 | $121,613.44 | |
| | 01/20/11 | $70,998.46 | |
| | 01/24/11 | $83,465.01 | |
| | 01/25/11 | $64,780.16 | |
| | 01/26/11 | $49,073.51 | |
| | 01/27/11 | $114,383.85 | |
| | 01/27/11 | $24,685.07 | |
| | 01/28/11 | $10.00 | |
| | | $2,037,284.80 | |
| VALVOLINE PO BOX 101489 ATLANTA GA 30392 | | | |
| | 11/01/10 | $63.93 | |
| | 11/02/10 | $60,267.60 | |
| | 11/03/10 | $762.38 | |
| | 11/05/10 | $16,484.21 | |
| | 11/12/10 | $61,273.27 | |
| | 11/23/10 | $11,995.60 | |
| | 11/26/10 | $62,272.25 | |
| | 11/29/10 | $330.12 | |
| | 11/30/10 | $11,642.25 | |
| | 12/03/10 | $57,668.50 | |
| | 12/16/10 | $1,519.02 | |
| | 12/17/10 | $62,633.50 | |
| | 12/20/10 | $68,725.58 | |
| | 12/24/10 | $49.92 | |
| | 12/27/10 | $42,431.75 | |
| | 01/03/11 | $9,118.46 | |
| | 01/04/11 | $53,372.50 | |
| | 01/06/11 | $2,058.22 | |

Case no. 11-01515 (DHA)

## Evans Oil Company LLC
### STATEMENT OF FINANCIAL AFFAIRS
### ATTACHMENT 3b
### (3b) Payments to Creditors within 90 days

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| VALVOLINE PO BOX 101489 ATLANTA GA 30392 | | | |
| | 01/13/11 | $64,134.43 | |
| | 01/14/11 | $7,612.65 | |
| | 01/21/11 | $11,202.63 | |
| | 01/28/11 | $59,388.50 | |
| | | $665,007.27 | |
| VALVTECT PETROLEUM PRODUCTS P.O. BOX 951017 CLEVELAND OH 44193 | | | |
| | 12/10/10 | $25,816.23 | |
| WORLD FUEL SERVICES 9800 N.W. 41ST STREE STE # 400 MIAMI FL 33178 | | | |
| | 11/01/10 | $44,155.15 | |
| | 11/02/10 | $22,409.94 | |
| | 11/03/10 | $67,131.14 | |
| | 11/05/10 | $64,227.15 | |
| | 11/08/10 | $44,530.37 | |
| | 11/09/10 | $44,708.55 | |
| | 11/12/10 | $45,484.58 | |
| | 11/16/10 | $23,143.82 | |
| | 11/19/10 | $36,403.92 | |
| | 11/22/10 | $47,187.32 | |
| | 11/24/10 | $45,682.63 | |
| | 11/26/10 | $112,953.15 | |
| | 11/29/10 | $69,487.86 | |
| | 12/03/10 | $157,085.58 | |
| | 12/06/10 | $23,241.09 | |
| | 12/07/10 | $70,587.47 | |
| | 12/09/10 | $48,217.79 | |
| | 12/10/10 | $17,876.10 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 3b**
**(3b) Payments to Creditors within 90 days**

Note: For "Amount Still Owing" as of the petition date, please refer to Schedules D, E and F of the Debtor's Bankruptcy Schedules.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| WORLD FUEL SERVICES 9800 N.W. 41ST STREE STE # 400 MIAMI FL 33178 | | | |
| | 12/17/10 | $20,459.10 | |
| | 12/20/10 | $48,187.95 | |
| | 12/21/10 | $47,779.47 | |
| | 12/27/10 | $39,860.21 | |
| | 12/31/10 | $103,101.88 | |
| | 01/10/11 | $25,612.68 | |
| | 01/11/11 | $50,930.48 | |
| | 01/13/11 | $50,735.98 | |
| | 01/14/11 | $26,159.17 | |
| | 01/19/11 | $25,618.69 | |
| | 01/20/11 | $25,560.80 | |
| | 01/24/11 | $25,948.60 | |
| | | $1,474,468.62 | |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 4a**

**(4a) Suits and Administrative Proceedings Within One Year**

| CAPTION OF SUIT | CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| Evans Oil Company LLC v. Big Island Excavating Inc. | 0901773CA | Breach of Contract | Collier County Florida Circuit Court | Judgment |
| Evans Oil Company LLC v. Big Island Excavating Inc. | 2D11-686 | Breach of Contract | Florida Second District Court of Appeal | Pending |
| Evans Oil Company LLC v. Finishing by Baker Inc. | 0901023CC | Breach of Contract | Collier County Florida Circuit Court | Voluntary Dismissal on 12/06/10 |
| Evans Oil Company LLC v. John Bowman Inc. | 1100181CC | Breach of Contract | Collier County Florida Circuit Court | Pending |
| Joseph Whitis on his own behalf and others similarly situated (salary paid "dispatchers") v. Evans Oil Company LLC | 2:10-cv-00689 | Fair Labor Standard Act Dispute | US District Court for the Middle District of Florida (Ft. Myers) | Pending |
| Ocean Ridge Capital Advisors LLC as Creditor Trustee for the WCI Communities, Inc., Creditor Trust v. Evans Oil Company LLC | Bankruptcy Case 08-11643 Adversary Proceeding 10-52003 | Avoidance of Property Transfer Procedure | US Bankruptcy Court for the District of Delaware | Dismissed on 09/21/10 |
| Saira Whitis, on her own behalf and others similarly situated (salary paid "accounts receivable clerks"), v. Evans Oil Company LLC | 2:10-cv-00690 | Fair Labor Standard Act Dispute | US District Court for the Middle District of Florida (Ft. Myers) | Pending |

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 9**

**(9) Payments Related to Bankruptcy Within One Year**

NOTE:  The following payments were made by Evans Oil Company LLC on behalf of itself and related debtors KCWL, LLC, Long Equipment Finance, LLC, Long Petroleum Products LLC, Long Run, LLC, Octane, LLC and RML, LLC.

| NAME AND ADDRESS OF PAYEE | NAME OF PAYOR | DATE OF PAYMENT | AMOUNT PAID |
|---|---|---|---|
| Hahn Loeser & Parks LLP | Evans Oil Company LLC | 01/21/11 | $100,000.00 |
| 800 Laurel Oak Drive, Suite 600 | | 01/27/11 | $70,957.00 |
| Naples, FL 34108 | | 01/27/11 | $7,273.00 |
| | | | $178,230.00 |
| | | | |
| Porter Wright Morris & Arthur LLP | Evans Oil Company LLC | 01/28/11 | $10,000.00 |
| 9132 Strada Place, 3rd FL | | | $10,000.00 |
| Naples, FL 34108-2683 | | | |
| | | | |
| The Garden City Group, Inc. | Evans Oil Company LLC | 01/28/11 | $10,000.00 |
| 105 Maxess Road | | | $10,000.00 |
| Melville, NY 11747 | | | |
| | | | |
| The Parkland Group, Inc. | Evans Oil Company LLC | 01/24/11 | $25,000.00 |
| 1375 East Ninth Street, Suite 1350 | | 01/27/11 | $75,000.00 |
| Cleveland, Ohio 44114 | | 01/27/11 | $18,031.25 |
| | | | $118,031.25 |

**Case No. 11-01515 (DHA)**

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 13**

**(13) Setoffs by Creditors Within 90 Days**

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

In the ordinary course Evans Oil Company LLC ("Evans Oil" or "Evans") purchases fuel and lubricants from Chevron.

Buybacks: Evans Oil sells lubricants to a few of Chevron's national account lubricant customers in south Florida. Evans Oil purchases the inventory from Chevron in the normal course and owns the inventory. As orders are shipped from Evans Oil's warehouse to Chevron's national accounts Chevron is billed by Evans Oil for the cost of the inventory and the fee for delivering to the buyback customer. Chevron issues credits which offset the payable due Chevron Petroleum Marketers (Chevron's lubricants division). This buyback arrangement is only in effect for lubricant products.

Credit Card Funds: Also in the ordinary course there are independent, Chevron branded, retail gas stations and convenience stores that purchase fuel from Evans Oil. To ensure the Chevron branded retail gas stations and convenience stores pay the receivable, Chevron transmits the credit card payments made at the retail gas stations by their customers directly to Evans Oil. Daily Evans Oil will reconcile the amount of credit card proceeds received from each retail gas station and convenience store and apply it against the Evans receivable for the purchase of fuel. If credit card proceeds are greater than the balance due at the time the daily reconciliation is done, Evans Oil will refund the excess credit card proceeds to the retail gas station and convenience stores. If there is a balance outstanding and due to Evans, Evans will initiate a draft on the store's bank account of the balance owed. If there is a balance outstanding but not yet due according to payment terms, Evans Oil does not keep the excess funds to offset against the outstanding balance not yet due, but will transmit those funds to the respective store also.

Chevron's EFT Process: Daily Chevron EFTs funds from Evans for fuel purchases made by Evans. Daily Chevron EFTs funds to Evans for the preceding day's credit card collections at the Chevron branded stores Evans supplies. Chevron nets these two transactions together. Some days Evans receives funds, some days Evans owes funds.

**Evans Oil Company LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 19d**

**(19d) Financial Institutions, Creditors and Other Parties to Whom a**
**Financial Statement Was Issued Within Two Years**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Chevron Petroleum Marketers**<br>1444 N. Farnsworth Avenue, Suite 201<br>Aurora, IL  60505 | Various |
| **Chevron Products Company**<br>60016 Bollinger Canyon Rd<br>San Ramon, CA 94583 | Various |
| **Fifth Third Bank**<br>1000 Town Center, Suite 1400<br>Southfield, MI 48075 | Various |
| **Total Lubricants**<br>400 Chisholm Place, Suite 418<br>Plano, TX  75075 | Various |
| **TransMontaigne**<br>PO Box 5660<br>Denver, CO  80217-5660 | Various |
| **Valero**<br>PO Box 696000<br>San Antonio, TX  78269 | Various |
| **Valvoline**<br>PO Box 101489<br>Atlanta, GA  30392 | Various |
| **World Fuel Services**<br>9800 N.W. 41st Street, Suite 400<br>Miami, FL  33178 | Various |

In addition, the Debtor and its affiliates provided or may have provided financial statements or certain financial information to potential customers, lenders, investors, ratings agencies or other parties in the ordinary course of business.

**Evans Oil Company LLC**
**DBA Evans Oil Co LLC**
**STATEMENT OF FINANCIAL AFFAIRS**
**ATTACHMENT 23**

**(23)  Withdrawals/Distributions to Insiders**

| NAME AND ADDRESS OF RECIPIENT | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF PAYMENTS | PURPOSE OF PAYMENT | AMOUNT PAID |
|---|---|---|---|---|
| Shannon Long * | Ex-Wife of Managing | 02/01/10 | Alimony | $25,000.00 |
| 266 Central Avenue | Member, Randy Long | 02/01/10 | Child Support | $9,000.00 |
| Naples, FL 34102 | | 04/01/10 | Child Support | $9,000.00 |
| | | 04/01/10 | Alimony | $8,000.00 |
| | | 06/01/10 | Alimony | $8,000.00 |
| | | 06/01/10 | Child Support | $9,000.00 |
| | | 07/01/10 | Alimony | $8,000.00 |
| | | 07/01/10 | Child Support | $9,000.00 |
| | | 08/02/10 | Alimony | $8,000.00 |
| | | 08/02/10 | Child Support | $9,000.00 |
| | | 09/01/10 | Alimony | $8,000.00 |
| | | 09/01/10 | Child Support | $9,000.00 |
| | | 10/01/10 | Child Support | $9,000.00 |
| | | 10/01/10 | Alimony | $8,000.00 |
| | | 10/19/10 | Child Support | $1,000.00 |
| | | 11/01/10 | Child Support | $9,000.00 |
| | | 11/01/10 | Alimony | $8,000.00 |
| | | 12/01/10 | Child Support | $9,000.00 |
| | | 12/01/10 | Alimony | $8,000.00 |
| | | 01/03/11 | Alimony | $8,000.00 |
| | | 01/03/11 | Child Support | $9,000.00 |
| | | | | $188,000.00 |
| | | | | |
| Randy M. Long | Manager | | Alimony/Child Support | $34,000.00 |
| 3170 S. Horseshoe Drive | | | Bank Charges | $18,036.69 |
| Naples, FL 34104 | | | Cash | $358,274.37 |
| | | | Child Living Expenses | $336,703.10 |
| | | | Divorce Settlement Expenses | $197,626.14 |
| | | | House/Octane Emp Charge | $214,839.85 |
| | | | Insurance - Octane | $109,315.97 |
| | | | Interest Exp - Personal Note | $29,212.58 |
| | | | Life Insurance Premium | $265,299.85 |
| | | | Living Expenses | $341,019.92 |
| | | | Medical Expenses | $14,182.79 |
| | | | Octane  Boat Payments | $219,354.45 |
| | | | Octane Repairs | $304,924.37 |
| | | | Octane Selling Related Charges | $14,310.00 |
| | | | Political Contribution | $500.00 |
| | | | Professional Fees - Alimony Adjust. | $1,437.50 |
| | | | Rent | $154,633.18 |
| | | | Tuition | $114,239.14 |
| | | | Utilities | $200,890.51 |
| | | | | $2,928,800.41 |

* Additional payments to Shannon Long for health insurance, car payments and other expenses were indirect benefits received from Randy M. Long.