# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EVANS OIL COMPANY LLC | Case No. 9-11-bk-1515-DHA |
| KCWL, LLC | Case No. 9-11-bk-1519-DHA |
| LONG EQUIPMENT FINANCE, LLC | Case No. 9-11-bk-1520-DHA |
| LONG PETROLEUM PRODUCTS, LLC | Case No. 9-11-bk-1521-DHA |
| LONG RUN, LLC | Case No. 9-11-bk-1522-DHA |
| OCTANE, LLC | Case No. 9-11-bk-1523-DHA |
| RML, LLC | Case No. 9-11-bk-1524-DHA |
| Debtors / | **(Jointly Administered Under Case No. 9-11-bk-1515-DHA)** |

**PROPOSED AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON MARCH 17, 2011 AT 10:30 A.M. EDT**

**Time and Date of Hearing:** March 17, 2011 at 10:30 a.m. EDT

**Location of Hearing:** United States Courthouse & Federal Building
2110 First Street
Fort Myers, Florida 33901

A hearing will be held in, Room 4-117, Courtroom E, United States Courthouse, 2110 First Street, Fort Myers, FL 33901 on **March 17, 2011 at 10:30 a.m. EDT** before the Honorable David H. Adams, United States Bankruptcy Judge, to consider and act upon the following matters:

- *Status Conference per Court Order*

- *Application of Debtors and Debtors-in-Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a), and 2016(b) and 6003(a), for Entry of an Order Authorizing Debtors and Debtors-in-Possession to Retain and Employ Hahn Loeser & Parks LLP as Counsel Nunc Pro Tunc as of the Petition Date* [Docket No. 5];

  **Hearing to consider any timely filed objections (none filed).**

- *Emergency Motion of Debtors and Debtors-in-Possession to Extend the Automatic Stay to Randy M. Long* [Docket No. 17];

- *Opposition of Creditor Fifth Third Bank to Emergency Motion of Debtors and Debtors-in-Possession to Extend the Automatic Stay to Randy M. Long* [Docket No. 46];

➢ *Emergency Motion of Debtors and Debtors-in-Possession for an Interim Order Authorizing Use of Cash Collateral Pursuant to Bankruptcy Code Section 363 and Granting Adequate Protection Pursuant to Bankruptcy Code Sections 361 and 363* [Docket No. 11]

  - *Objection of Fifth Third Bank to Debtors' Motion for Extended Interim or Final Order to Use Cash Collateral and Motion Pursuant to 11 U.S.C. §363(e) to Prohibit or Condition the Use of Cash Collateral as may be Necessary to Provide Adequate Protection* [Docket No. 47]; and

  - *Response of TransMontaigne Product Services Inc. to Debtors' Motion for an Interim Order Authorizing Use of Cash Collateral* [docket No. 50].

**Further Hearing**

Dated: March 16, 2011

Respectfully submitted,

*/s/ John S. Sarrett*
John S. Sarrett (FL Bar No. 0812811)
HAHN LOESER & PARKS LLP
800 Laurel Oak Drive, Suite 600
Naples, FL 34108
Telephone: (239) 254-2900
Facsimile: (239) 254-7716
E-mail: jsarrett@hahnlaw.com

and

Daniel A. DeMarco (OH Bar No. 0038920)
Christopher B. Wick (OH Bar No. 0073126)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-mail: dademarco@hahnlaw.com
cwick@hahnlaw.com
*Counsel to the Debtors*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served upon the parties identified below on this 16th day of March 2011 by the method indicated.

*/s/ John S. Sarrett*
*One of the Attorneys to the Debtors*

# SERVICE LIST

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system:

- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

- Brian T Giles    bgiles@statmanharris.com

- Paul Anthony Giordano    pgiordano@fowlerwhite.com, ann.greulich@fowlerwhite.com;cynthia.ferguson@fowlerwhite.com

- David E Hicks    theresa.byington@gmail.com

- Mark D. Hildreth    mhildreth@slk-law.com, dcooper@slk-law.com

- Robert S Hoofman    rhoofman@rushmarshall.com, arivera@rushmarshall.com

- Richard Johnston    richard.johnston@fowlerwhite.com, cynthia.ferguson@fowlerwhite.com;ann.greulich@fowlerwhite.com

- James P S Leshaw    leshawj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

- John S Sarrett    jsarrett@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

- John S Schoene    schoenej@earthlink.net, snydercd@earthlink.net

- Arthur J Spector    aspector@bergersingerman.com, efile@bergersingerman.com;byglesia@bergersingerman.com

- Jeffrey S Stein    PACERteam@gardencitygroup.com

- United States Trustee - FTM    USTPRegion21.TP.ECF@USDOJ.GOV

- J Steven Wilkes    steven.wilkes@usdoj.gov

3843524.1

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case and who will be served by The Garden City Group by fax and/or e-mail:

Alan J. Statman
Statman, Harris & Eyrich, LLC
441 Vine Street, Ste. 3700
Cincinnati, OH 45202

The Parkland Group, Inc.
Larry Goddard, President
1375 East 9th St., Ste. 1350
Cleveland, OH 44114


A separate Declaration of Service will be filed by The Garden City Group evidencing such service.