UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

| | |
|---|---|
| EVANS OIL COMPANY, LLC | Chapter 11 |
| | Case No. 9-11-bk-1515-DHA |
| KCWL, LLC | Case No. 9-11-bk-1519-DHA |
| LONG EQUIPMENT FINANCE, LLC | Case No. 9-11-bk-1520-DHA |
| LONG PETROLIUM PRODUCTS, LLC | Case No. 9-11-bk-1521-DHA |
| LONG RUN, LLC | Case No. 9-11-bk-1522-DHA |
| OCTANE, LLC | Case No. 9-11-bk-1523-DHA |
| RML, LLC | Case No. 9-11-bk-1524-DHA |

Debtors

_____/

**(Jointly Administered Under
Case No. 9-11-bk-1515-DHA**

## MOTION BY BRANCH BANKING & TRUST COMPANY
## FOR RELIEF FROM STAY OR FOR ADEQUATE PROTECTION

BRANCH BANKING & TRUST COMPANY ("Creditor"), by and through its undersigned attorney, moves the Court to grant it Relief from the Automatic Stay imposed by Section 362 of the Bankruptcy Code, or for Adequate Protection, and as grounds therefore would show:

1. The Debtor filed a Petition under Chapter 11 of the Bankruptcy Code on January 30, 2011, and this Court has jurisdiction pursuant to 11 U.S.C. Sections 101 et seq. and 28 U.S.C. Section 157(a).

2. Creditor owns and holds a Contract granting it a security interest in property owned by the Debtor, RML, LLC and non-filing co-debtor, Randy M. Long. A copy of the Contract is attached hereto as Exhibit A and incorporated herein by reference.

3. Creditor has perfected its security interest in the property, and its interest is superior to all other liens and interests, as evidenced by the Title Certificate attached hereto as Exhibit B and incorporated herein by reference.

4. The property which is the subject of this Motion and subject to Creditor's interest is described as: 2011 Jaguar XK, VIN SAJWA4FC5BMB40805.

5. The amount of the debt secured by the lien is $97,258.62. The Debtor has no equity in the

property. Creditor lacks adequate protection for its security interest in the property.

6. Creditor is entitled to possession of the property by the terms of the Contract. **Debtor defaulted on the Contract by failing to pay the installment due on March 02, 2011, or any installment thereafter.** The normal monthly payment due on the Contract is $1,980.29.

7. The Court has entered an Order extending the automatic stay to apply to the non-filing co-debtor, Randy M. Long (Docket No. 220). Creditor requests that the Court enter an Order granting Creditor relief from the automatic stay as to both the Debtor, and as to the non-filing co-debtor, Randy M. Long.

8. The time required for a hearing on this Motion is ten (10) minutes.

**WHEREFORE**, Creditor, BRANCH BANKING & TRUST COMPANY, respectfully requests this Court to enter an Order which modifies the Automatic Stay and permits Creditor to perfect its security interest in the property, accelerate the balance due under the Contract, take possession of, foreclose its interest in, and dispose of the property, furnish notices to Debtor regarding date of sale and proceeds of sale, pursuant to the terms of the Contract and state law, or for Adequate Protection, and for any and such other and further relief as this Court deems just and equitable.

DATED May 23, 2011.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this ___1st___ day of June 2011, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: RML, LLC, 3170 S. Horseshoe Drive, Naples FL 34104, Debtor, John S. Sarrett, 800 Laurel Oak Drive, Ste 600, Naples, FL 34108, Attorney for Debtor, Randy M. Long, 3170 S. Horseshoe Drive, Naples FL 34104, Non-Filing Co-Debtor, pursuant to Bankruptcy Rules 9014(b) and 7004(b)(1) at such person's dwelling house or usual place of abode,, Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, *and to the 20 largest unsecured creditors as shown on the attached list.*

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____
Roger A. Kelly, for the firm
Florida Bar No. 284297
Telephone 407-425-5500
Facsimile 407-423-0554
email: rkelly@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn:Roger A. Kelly
Post Office Box 3146
Orlando, FL 32802-3146

5826.61367
Y8241 0710