UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

| | |
|---|---|
| | Chapter 11 |
| EVANS OIL COMPANY LLC | Case No. 9-11-bk-1515-BSS |
| KCWL, LLC | Case No. 9-11-bk-1519-BSS |
| LONG EQUIPMENT FINANCE, LLC | Case No. 9-11-bk-1520-BSS |
| LONG PETROLEUM PRODUCTS, LLC | Case No. 9-11-bk-1521-BSS |
| LONG RUN, LLC | Case No. 9-11-bk-1522-BSS |
| OCTANE, LLC | Case No. 9-11-bk-1523-BSS |
| RML, LLC | Case No. 9-11-bk-1524-BSS |
| Debtors / | **(Jointly Administered Under Case No. 9-11-bk-1515-BSS)** |

## AGREED ORDER GRANTING NORTHERN TRUST'S
## MOTION FOR RELIEF FROM STAY

THIS CAUSE came on before the Court for consideration of *Northern Trust's Motion for Relief From Stay* [Docket No. 170] (the "Stay Motion") filed by creditor Northern Trust, NA ("Northern Trust" or "Movant"), a secured creditor herein. Upon the Court being advised that the parties have agreed to the entry of an Order lifting the automatic stay, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1. The Stay Motion is hereby GRANTED as set forth herein.

2. This Order is hereby entered for the sole purpose of allowing Northern Trust to proceed *in rem* against its Collateral[1], to wit: Boat Slips B-07 and A-06 at The Marina Condominium at Naples Bay Resort, including possession and sale of the Collateral. To the extent necessary for purposes of proceeding *in rem* against the Collateral, Northern Trust is granted relief from the automatic stay provisions of Bankruptcy Code Section 362 as they have been extended to Randy M. Long. Any additional relief from the automatic stay provisions of Bankruptcy Code Section

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stay Motion.

1

362 as they relate to Northern Trust and Randy M. Long must be addressed by further order of this Court.

3. Northern Trust shall not be granted relief for the purpose of obtaining an *in personam* judgment against the Debtors or Randy M. Long. Northern Trust, Debtors and Randy M. Long reserve all of their respective rights.

4. The 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived, and Northern Trust may immediately enforce and implement this Order.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida, July 07, 2011.

_____
Barry S. Schermer
United States Bankruptcy Judge

Copies to:

Debtors, Debtors' Attorney, United States Trustee
Alan J. Statman, Esq., Statman, Harris, & Eyrich LLC, 441 Vine Street, Ste. 3700, Cincinnati, OH 45202
Local Rule 1007(d) Parties in Interest List (Equity Security Holders / Top 20)
United States Treasury, Internal Revenue Service, Cincinnati, OH 45999-0039
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
Office of the Attorney General, State of Florida, the Capitol PL-01, Tallahassee, FL 32399-1050
All Points (Capital One Equipment Leasing), 275 Broadhollow Road, Melville, NY 11747
Ally, PO Box 9001948, Louisville, KY 40290-1948
Alter Moneta Corporation, 50 Lakefront Blvd., Ste 208, Buffalo, NY 14202
BB&T of Florida Business Loan Center, PO Box 580050, Charlotte, NC 28258-0050
BMW Bank of North America, PO Box 78066, Phoenix, AZ 85062-8066
Branch Banking and Trust Company, 8840 Tamiami Trail North, Naples, FL 34108
CitiCapital Commercial Corporation, 3950 Regent Blvd., Irving, TX 75063

Fifth Third Bank, 1000 Town Center #1400, Southfield, MI 48075
Fifth Third Bank, 999 Vanderbilt Beach Road 1MOC2A, Naples, FL 34108
Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263-0778\
Ford Motor Credit, PO Box 790119, St. Louis, MO 63179-0119
General Electric Capital Corporation, PO Box 140849, Irving, TX 75014
GE Transportation Finance, PO Box 822108, Philadelphia, PA 19182-2108
Land Rover Capital Group, PO Box 78069, Phoenix, AZ 85062-8069
Long Time Insurance Co. Ltd., 3170 Horseshoe Dr. S., Naples, FL 34104
Mercedes Benz Financial, 6716 Grade lane, Bldg. 9, Suite 910, Louisville, KY 40213
Northern Trust Bank, NA 700 Brickell Avenue, Miami, FL 33131
Northern Trust, NA, 375 Fifth Avenue South, Naples, FL 34102
OFC Capital Corp./Wachovia, 576 Colonial Park Dr., Suite 100, Rosewell, GA 30075
Patriot Capital Corp., PO Box 790448, St. Louis, MO 63179-0448
Seneca Tank, Inc., 5585 N.E. 16th Street, Des Moines, IA 50313
US Bancorp, PO Box 580337, Minneapolis, MN 55458-0337
Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341