## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

In re:                                                                    Case No. 9:11−bk−01515−BSS
                                                                          Chapter 11


Evans Oil Company LLC − Jointly Administered with:
aka Evans Oil
aka Evans Gas
KCWL LLC; Long Equipment Finance LLC;
Long Petroleum Products LLC; Long Run
LLC; Octane LLC; RML LLC
3170 S. Horseshoe Drive
Naples, FL 34104



_____ Debtor* _____ /



## ORDER SCHEDULING PRELIMINARY
## HEARING ON MOTION FOR RELIEF FROM STAY

(Doc. #348)


   THIS CASE came on for consideration of the motion for relief from stay ("Motion") (Doc. No. 348 ) filed by VW Credit, Inc. ("Movant") on July 14, 2011 . The filing of this Motion creates a contested matter under Fed. R. Bankr. P. 9014. The Court, therefore, orders as follows:

1. The Court hereby schedules a preliminary hearing on the Motion for August 11, 2011 at 10:30 AM in Ft. Myers, FL − Room 4−117, Courtroom E, United States Courthouse, 2110 First Street before the Honorable Barry S. Schermer , United States Bankruptcy Judge.

2. The automatic stay of Bankruptcy Code Section 362(a) is continued in effect until further order of this Court.

3. The movant shall file a statement with the Court within fourteen (14) days of the entry of this Order setting forth the description of the property, a statement of the unpaid principal due, accrued interest from a specific date to the date of the preliminary hearing, all late charges, attorney's fees, advances for taxes and insurance, all unearned interest, any other charges, the per diem interest factor, and what the movant believes is adequate protection in this case. The movant should also advise the Court as to how value will be determined, either by appraisal, blue book value, or expert witness testimony.

4. The debtor shall file with the Court a response to the movant's motion for relief from the automatic stay within fourteen(14) days of the entry of this Order. The response should include a description of the property which is the subject of the motion if different from that set forth in the motion, the amount of unpaid principal, accrued interest, late charges, attorney's fees, taxes, insurance, unearned interest, other charges, and the per diem factor. Further, the debtor should also set forth what it believes to be adequate protection to the movant in this case, and whether or not there is available an appraisal, other documentary evidence to show value, or whether expert witnesses will be used to determine value.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

BY THE COURT

Dated:  July 15, 2011.

_____

Barry S. Schermer
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.