**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

| | |
|---|---|
| EVANS OIL COMPANY LLC | Chapter 11 |
| KCWL, LLC | Case No. 9-11-bk-1515-BSS |
| LONG EQUIPMENT FINANCE, LLC | Case No. 9-11-bk-1519-BSS |
| LONG PETROLEUM PRODUCTS, LLC | Case No. 9-11-bk-1520-BSS |
| LONG RUN, LLC | Case No. 9-11-bk-1521-BSS |
| OCTANE, LLC | Case No. 9-11-bk-1522-BSS |
| RML, LLC | Case No. 9-11-bk-1523-BSS |
| | Case No. 9-11-bk-1524-BSS |

Debtors                                      /

**(Jointly Administered Under Case No. 9-11-bk-1515-BSS)**

## ORDER REGARDING THE MOTION BY BRANCH BANKING & TRUST COMPANY FOR RELIEF FROM STAY OR FOR ADEQUATE PROTECTION

THIS CAUSE came on before the Court on July 7, 2011 for consideration of *Motion by Branch Banking & Trust Company For Relief From Stay or for Adequate Protection* [Docket No. 293] (the "Stay Motion") filed by creditor Branch Banking & Trust Company ("BB&T" or "Movant"), a secured creditor herein. Upon the Court hearing arguments from all interested parties, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1. The Stay Motion is hereby GRANTED IN PART as set forth herein.

2. This Order is hereby entered for the sole purpose of allowing BB&T to proceed *in rem* against that certain 2011 Jaguar XK, VIN SAJWA4FC5BMB40805 (the "Vehicle"), including possession and sale of the Vehicle. Accordingly, the automatic stay of 11 U.S.C. § 362 as it applies to the Debtors is hereby terminated as to BB&T, its successors and assigns with respect to the Vehicle for the sole purpose of implementing this Order.

3. Within fourteen (14) days subsequent to the sale of the Vehicle, BB&T shall amend its general unsecured non-priority proof of claim for the amount of any deficiency balance

remaining against the Debtors' respective estates (the "Deficiency Claim"). BB&T and Debtors reserve all of their respective rights regarding any matters pertaining to BB&T's Deficiency Claim.

4. BB&T shall not be granted relief for the purpose of obtaining an *in personam* judgment against the Debtors or Randy M. Long ("Mr. Long"). The automatic stay, as it has been extended to Mr. Long pursuant to the *Ninth Interim Order Authorizing Use of Cash Collateral and Related Relief Pursuant to Bankruptcy Code Section 363 and Granting Adequate Protection Pursuant to Bankruptcy Code Sections 362 and 363 and Interim Order Extending Automatic Stay as to Randy M. Long* [Docket No. 338] and any other related cash collateral orders, remains in effect as to Mr. Long.

5. This Order is without prejudice to Movant's right to seek additional and further relief from the automatic stay as it relates to Mr. Long subsequent to the filing of the Deficiency Claim, as may be appropriate under the circumstances then prevailing after appropriate notice and hearing.

DONE AND ORDERED in Ft. Myers, Florida on August 9, 2011.

_____
Barry S. Schermer
United States Bankruptcy Judge

Copies to:

Debtors, Debtors' Attorney, United States Trustee

4082644.1

Alan J. Statman, Esq., Statman, Harris, & Eyrich LLC, 441 Vine Street, Ste. 3700, Cincinnati, OH 45202
Local Rule 1007(d) Parties in Interest List (Equity Security Holders / Top 20)
United States Treasury, Internal Revenue Service, Cincinnati, OH 45999-0039
U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
Office of the Attorney General, State of Florida, the Capitol PL-01, Tallahassee, FL 32399-1050
All Points (Capital One Equipment Leasing), 275 Broadhollow Road, Melville, NY 11747
Ally, PO Box 9001948, Louisville, KY 40290-1948
Alter Moneta Corporation, 50 Lakefront Blvd., Ste 208, Buffalo, NY 14202
BB&T of Florida Business Loan Center, PO Box 580050, Charlotte, NC 28258-0050
BMW Bank of North America, PO Box 78066, Phoenix, AZ 85062-8066
Branch Banking and Trust Company, 8840 Tamiami Trail North, Naples, FL 34108
CitiCapital Commercial Corporation, 3950 Regent Blvd., Irving, TX 75063
Fifth Third Bank, 1000 Town Center #1400, Southfield, MI 48075
Fifth Third Bank, 999 Vanderbilt Beach Road 1MOC2A, Naples, FL 34108
Fifth Third Bank, PO Box 630778, Cincinnati, OH 45263-0778\
Ford Motor Credit, PO Box 790119, St. Louis, MO 63179-0119
General Electric Capital Corporation, PO Box 140849, Irving, TX 75014
GE Transportation Finance, PO Box 822108, Philadelphia, PA 19182-2108
Land Rover Capital Group, PO Box 78069, Phoenix, AZ 85062-8069
Long Time Insurance Co. Ltd., 3170 Horseshoe Dr. S., Naples, FL 34104
Mercedes Benz Financial, 6716 Grade lane, Bldg. 9, Suite 910, Louisville, KY 40213
Northern Trust Bank, NA 700 Brickell Avenue, Miami, FL 33131
Northern Trust, NA, 375 Fifth Avenue South, Naples, FL 34102
OFC Capital Corp./Wachovia, 576 Colonial Park Dr., Suite 100, Rosewell, GA 30075
Patriot Capital Corp., PO Box 790448, St. Louis, MO 63179-0448
Seneca Tank, Inc., 5585 N.E. 16th Street, Des Moines, IA 50313
US Bancorp, PO Box 580337, Minneapolis, MN 55458-0337
Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341